UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIVIAN HUGHES,

    Plaintiff,

v.

CASE NO.:

USAA CASUALTY
INSURANCE COMPANY.

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, USAA CASUALTY INSURANCE COMPANY (hereinafter referred to as "USAA CIC"), by and through its undersigned counsel, hereby notices the removal of the civil action bearing case number 14-CA-002272 on the docket of the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida, to the United States District Court for the Middle District of Florida—Tampa Division. This Court has jurisdiction under *28 U.S.C. § 1332*, diversity jurisdiction. The grounds for removal are as follows:

I.

On or about June 20, 2014, Plaintiff commenced a civil action against USAA CIC by filing a Complaint in State Court, as referenced above. On or about August 12, 2014, that Complaint was served on USAA CIC. Plaintiff's three Count Complaint alleges Breach of Contract, Valued Policy Law and requests Declaratory Relief Action as to Method of Repair to Subsurface against USAA CIC in relation to an alleged sinkhole loss.

II.

This Court has jurisdiction over this civil action pursuant to *28 U.S.C.A. § 1332*. Specifically, Plaintiff and Defendant are of diverse citizenship. USAA CIC, is a Texas Corporation with its principal place of business in the State of Texas. Plaintiff's Complaint states that Plaintiff is the owner of property located at 4201 Ashton Meadows Way, Wesley Chapel, Pasco County, Florida and, thus, indicates that Plaintiff is a resident of the State of Florida. A copy of Plaintiffs' Complaint is attached to this Notice of Removal, pursuant to *28 U.S.C. §1446(a)*, and is incorporated by reference herein for the sole purpose of setting forth the requirements for jurisdiction of this court.

Additionally, the amount in controversy in the instant litigation exceeds the required amount of $75,000.00. Plaintiff's Complaint claims that Plaintiff is entitled to recover damages but does not set forth a specific amount of damages. If a plaintiff in a diversity action has not pled a specific amount of damages, a defendant can properly remove the matter to Federal court if it can demonstrate, by a preponderance of the evidence, that the amount in controversy exceeds the jurisdictional requirement. *Williams v. Best Buy Co., Inc., 269 F.3d 1316, 1319 (11th Cir. 2001); Lowery v. Ala. Power Co., 483 F.3d 1184, 1208 (11th Cir. 2007), reh'g en banc denied, Nos. 06-16324, 06-16325, 2008 WL 41327 (11th Cir. Jan. 3, 2008), petition for cert. filed, 16 U.S.L.W. 3540 (U.S. Apr. 1, 2008) (No. 07-1246).*

In the instant case, Plaintiff's Complaint does not set forth a specific amount of damages; however, the Complaint states, in pertinent part, that Plaintiff is entitled to:

> …the full cost of repairs of the damage to the insured dwelling, and other structures on the property including, but not limited to, remediation of subsurface conditions, restoration of the foundation, cosmetic repair, repairs of the cracks, structural repair, temporary repairs and other expenses necessary to repair the subject insured dwelling

> and, if the insured dwelling and other structures on the property are not repairable within the applicable coverage limits, an amount equal to such limits for the total loss.
>
> *See Plaintiff's Complaint, Paragraph 9.*

The limit of liability for the dwelling is listed in the policy of insurance, which is referred to in Plaintiffs' Complaint. Additionally, Plaintiff's Complaint attached as Exhibit A thereto a copy of the subject policy of insurance issued by USAA CIC to Plaintiff and that exhibit contains a copy of the Declarations Page for USAA CIC for that policy (policy number CIC 00763 44 17 81A). That Declarations page incorporated into Plaintiff's Complaint states that the applicable policy limit for Coverage A, which Plaintiff claims as one element, of multiple claimed damages, in Plaintiff's Complaint, is $209,000.00.

Furthermore, attached hereto as "EXHIBIT A", is a April 12, 2013 five page estimate and related report issued by Plaintiff's retained expert, Robert Reinhart, of Billerreinhart Structural Group, Inc., which opines that the cost of anticipated subsurface remediation at the Plaintiff's property are estimated to be in the range of $82,00000 - $85,000.00. This document represents one, of several, elements of damage Plaintiff alleges in Plaintiff's subject Complaint. Moreover, Plaintiff's Complaint alleges Plaintiff's entitlement to attorneys' fees pursuant to *§ 627.428, Florida Statutes*, which can be considered by this court, in addition to other claims for damages, in determining the amount in controversy for jurisdictional purposes.

As demonstrated by the forgoing facts, the amount in controversy in the instant litigation exceeds the sum of $75,000.00 exclusive of interest and costs. Neither this pleading, nor the attached Exhibits, should be considered as an admission on the part of USAA CIC in any way as to any of Plaintiff's claims, but, rather, is provided solely for the purposes of establishing Federal court jurisdiction in this matter. As demonstrated by the forgoing facts, the amount in

controversy in the instant litigation exceeds the sum of $75,000.00 exclusive of interest and costs.

## III.

Removal is timely pursuant to *28 U.S.C. § 1446(b)* as this Notice of Removal is being filed within thirty (30) days of service of Plaintiff's Complaint upon USAA CIC.

## IV.

Pursuant to *28 U.S.C. §1446(a)* copies of all process, pleadings, and orders served upon Defendant are attached to this Notice of Removal.

## V.

Concurrent with the filing of this Notice of Removal, notice is being given to all parties, and a copy of this Notice of Removal is being filed with the Clerk of Court for the Sixth Judicial Circuit in and for Pasco County, Florida.

WHEREFORE, Defendant, USAA CASUALTY INSURANCE COMPANY gives notice Fifth Judicial Circuit in and for Pasco County, Florida, entitled *Vivian Hughes v. USAA Casualty Insurance Company*, is removed therefrom to the docket of this Court for trial and determination as provided by law.  Defendant, USAA CIC, prays that this Court enters such orders and issues such processes as may be proper to bring before it a copy of all related records and proceedings in the State Court and there upon proceed with this civil action as if it had originally commenced in this Court.

Respectfully Submitted,

s/ Suzanne M. Lehner
_____
**Suzanne M. Lehner, Esq.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, Notice of Removal, was furnished e-service to: skinnett@forthepeople.com; jmacfarren@forthepeople.com and kpatrick@forthepeople.com   this 28th  day of August, 2014.

                                              Suzanne M. Lehner, Esq.
                                              Florida Bar No.: 0023681
                                              Email: Suzanne.Lehner@qpwblaw.com
                                              Quintairos, Prieto, Wood & Boyer, P.A.
                                              4905 W. Laurel Street, 2nd Floor
                                              Tampa, FL 33607
                                              T: 813-286-8818   F: 813-286-9998
                                              Attorney for Defendant, USAA CIC



USAA Property and Casualty Company
9800 Fredericksburg Road
San Antonio, Texas 78288

To: Arehna

Fax 8139444959

From: Bakas,Mary

Fax

Messages:

Please review attorney submitted remediation for your report A-12-307

| | |
|---|---|
| **Policy Service** | **1-800-531-8111** |
| **Member Acquisition Services** | **1-800-531-8080** |
| **Claims Service** | **1-800-531-8222** |
| **For Most European Locations** | **00-800-531-81110** |

Date and time of transmission: Wednesday, June 19, 2013 9:40:04 AM
Number of pages including this cover sheet: 05

CONFIDENTIALITY NOTICE: The information contained in this facsimile transmission is CONFIDENTIAL and may be protected by one or more legal privileges. It is intended solely for the use of the addressee identified above. If you are not the intended recipient, you are hereby notified that reading, copying, disclosing, or distributing this transmission is STRICTLY PROHIBITED. The sender does not waive and has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender immediately by telephone, and we will arrange to have the transmission returned to the sender at no cost to you. Thank You.

EXHIBIT A



VIA EMAIL

April 12, 2013

Ms. Vivian Hughes
c/o Ms. Sarah Kinnett, Esq.
Morgan & Morgan P.A.
One Tampa City Center 201 N. Franklin St., Ste 700
Tampa, FL 33602

**Subject:    Hughes Residence**
**4201 Ashton Meadow Way**
**Wesley Chapel, Florida 33543**

Dear Ms. Hughes:

Robert J. Reinhart, P.E. of Biller Reinhart Structural Group, Inc. (BillerReinhart) has reviewed the following documentation provided by Morgan & Morgan P.A.:

1. *Structural Damage Evaluation and Subsidence Investigation* prepared by Arehna Engineering, Inc., dated September 27, 2012. The report was prepared for USAA Property and Casualty Insurance Company, Inc.

Sinkhole activity has been identified as a subsurface condition present at the Hughes property. In addition, damage associated with differential settlement has been documented for this property. Relative floor slab elevation data, in combination with the observed distress and subsurface investigation results, indicates that the foundations and floor slab are most notably settling downward from the southern portion of the living area towards the north and west portions of the structure.

Based on the reported damage and relative floor slab elevation survey results, BillerReinhart believes that structural damage, defined as an altered condition/impairment that lessens a structure's ability to resist/support applied loads, exists at the Hughes Residence. The impaired function of the foundation (settlement/deflection) and the resulting overlying building component distress constitute structural damage.

Florida Statutes 627.706 provides five criteria for *structural damage* as it relates to sinkhole claims. The first criterion states the following:

*Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement-related damage to*

---

3434 Colwell Avenue, Suite 100
Tampa, Florida 33614
p 813.908.7203 · f 813.931.5200

www.billerreinhart.com

4700 Sheridan Street, Suite J
Hollywood, Florida 33021
p 954.351.9006 · f 954.351.9009

EXHIBIT A

*Hughes Residence*
*4201 Ashton Meadow Way*
*Wesley Chapel, Florida  33543*

the interior such that the interior building structure or members become unfit for service or represents a safety hazard as defined within the Florida Building Code;

BillerReinhart believes that this criterion has been met at the Hughes Residence where the relative floor slab elevation survey measures an elevation differential in excess of ACI 117 tolerances. Correlating damage consists of distress to wall, ceiling, and floor surfaces.

BillerReinhart believes that supporting an existing structure over such reported unstable subsurface conditions requires the existing foundation structure to be supported on sound limestone as opposed to the unstable soil overburden. This task can be accomplished via underpinning with steel minipiles. Consultation with a geotechnical engineer is recommended to determine the additional necessity for subsurface grouting to seal the surface of competent limestone to attempt prevention of deep soil raveling and/or to laterally stabilize the steel minipiles (to prevent pile buckling). Arehna Engineering, Inc. recommends that a subsurface grouting program be implemented at the Hughes Residence.

Based on information contained in the above referenced documentation, the depth to suitable bearing materials (competent limestone) is estimated to be approximately 46 feet (average value) below grade. Approximately 37 exterior wall and interior load bearing/separation wall mini piles and 40 interior floor slab mini piles are required to support the Hughes Residence. Assuming an average 46 foot depth to a sound limestone bearing strata, the cost for installing the mini piles at the Hughes Residence is estimated to be approximately $146,000.00 to $154,000.00. The cost of underpinning is therefore estimated as follows:

| Task | Estimated Cost |
|---|---|
| Structural Engineering Design | $7,000.00 |
| Minipile Installation | $146,000.00 to $154,000.00 |
| Monitoring - Underpinning | $13,000.00 |
| Subsurface Grouting | Information not provided |
| Monitoring - Grouting | Information not provided |
| Total | $166,000.00 to $174,000.00 |

If full exterior and interior underpinning is deemed economically unfeasible, then BillerReinhart recommends, as a minimum, that all exterior walls, and interior load bearing/separation walls be underpinned. The underpinning would be in addition to a subsurface grouting program as recommended by a geotechnical engineer. Note that this underpinning protocol will be less effective than the full underpinning protocol. The floor slab will not be pile supported and thus be susceptible to differential settlement relative to the pile supported walls. Approximately 37 mini piles are required for this limited underpinning program. Assuming an average 46 foot depth to a sound limestone



EXHIBIT A

*Hughes Residence*
*4201 Ashton Meadow Way*
*Wesley Chapel, Florida 33543*

bearing strata, the cost for installing the mini piles at the Hughes Residence is estimated to be approximately $71,000.00 to $74,000.00. The cost of limited underpinning is therefore estimated as follows:

| Task | Estimated Cost |
|---|---|
| Structural Engineering Design | $4,000.00 |
| Minipile Installation | $71,000.00 to $74,000.00 |
| Monitoring - Underpinning | $7,000.00 |
| Subsurface Grouting | Information not provided |
| Monitoring - Grouting | Information not provided |
| Total | $82,000.00 to $85,000.00 |

Actual costs are dependent on bids from qualified ground modification specialty contractors and will vary between the contractors. **Note that this estimated cost does not include additional costs for the following:**

1. Contractor mobilization
2. Permitting fees
3. Engineering services – subsurface grouting construction observation, additional subsurface investigations, etc.
4. Soil modification or subsurface grouting, pre-drilling to accommodate pile installation
5. Repairs to the building superstructure (exterior wall crack repairs via repointing and/or epoxy injection, floor slab crack repairs via epoxy injection, walkway slab repair or removal/replacement, repairs to interior and exterior finishes, etc.)
6. Demolition, plumbing, electrical work, landscaping, etc.

Due to the unknown conditions associated with sinkhole activity, BillerReinhart does not believe that any remediation method could be 100 percent guaranteed to prevent future settlement and subsequent structural damage. However, BillerReinhart believes that the above mentioned remedial methods present the best means to repair and stabilize the existing structure.

The repairs required for the Hughes property are relatively extensive. BillerReinhart believes that repair work should conform to the Florida Building Code 2010, including the *Existing Building* section. BillerReinhart recommends consultation with a general contractor to determine the extents of non-structural modifications required and whether repairs to these structures are economically feasible. If repair work is to be performed, BillerReinhart recommends consultation with the local building department, having jurisdiction over the project, to determine the extent of building code upgrades required. Code upgrades could potentially have a significant structural impact on the structures, resulting in structural analysis and design, demolition to access the structural frame,



EXHIBIT A

Hughes Residence
4201 Ashton Meadow Way
Wesley Chapel, Florida 33543

and structural reinforcement/supplementation, as well as a significant cost impact to implement the repairs.

Biller Reinhart Structural Group, Inc. reserves the right to update the information contained in this letter if deemed necessary due to modified site conditions or the availability of new/additional information.

Thank you for offering us the opportunity to provide our services for this project. Please contact our office if you have any questions regarding this information.

Sincerely,

**Biller Reinhart Structural Group, Inc.**
State of Florida Certificate of Authorization No. 9149

Robert Reinhart
Apr 12 2013 4:37 PM

CoSign

Robert J. Reinhart, P.E.
Vice President
Florida P.E. No. 50076

4

EXHIBIT A