IN THE CIRCUIT COURT OF THE FIFTH JUDICAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

VIVIAN HUGHES

-vs-

CASE NO.:

USAA CASUALTY INSURANCE
COMPANY

_____/

## COMPLAINT AND JURY TRIAL DEMAND

Plaintiff, VIVIAN HUGHES, by and through undersigned counsel, hereby sues Defendant, USAA CASUALTY INSURANCE COMPANY, and as grounds therefore would state as follows:

## GENERAL ALLEGATIONS

1.      This is an action for damages in excess of fifteen thousand dollars ($15,000) exclusive of interest, attorneys' fees, and costs.

2.      At all times material hereto, Plaintiff was and is the owner of certain real property located at 4201 Ashton Meadows Way, Wesley Chapel, FL 33543.

3.      On or before April 25, 2012, Plaintiff procured or renewed a policy of property insurance from Defendant for the above-referenced property, a copy of which is attached, marked as Exhibit A.

4.      Plaintiff has renewed said policy each and every year and has paid all premiums due thereunder.

5.      On or about July 16, 2012, while said policy was in full force and effect, Plaintiff discovered damage to the insured dwelling, including, but not limited to, progressive physical

damage to the walls and floors of the insured dwelling, as well as to other insured structures on the property.

6.     The damage to the Plaintiff's insured dwelling and other insured structures is caused by a covered peril under the policy.

7.     Plaintiff has made an application for insurance benefits under the policy.

8.     Plaintiff is suffering direct physical damage to the insured dwelling, structures and property.

9.     Plaintiff is entitled to the full cost of repairs of the damage to the insured dwelling, and other structures on the property including, but not limited to, remediation of subsurface conditions, restoration of the foundation, cosmetic repair, repairs of the cracks, structural repair, temporary repairs and other expenses necessary to repair the subject insured dwelling and, if the insured dwelling and other structures on the property are not repairable within the applicable coverage limits, an amount equal to such limits for the total loss.

<u>COUNT I</u>
<u>Breach of Contract</u>

10.    Plaintiff reaffirms, re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 9.

11.    Plaintiff has made an application for insurance benefits under the policy, but Defendant has failed and refuses to pay said benefits Plaintiff is entitled to for the loss.

12.    All conditions precedent to obtaining payment of said benefits under the policy from Defendant have been complied with, met, or waived.

13.    The Defendant has breached the policy of insurance by failing to pay all the benefits due thereunder.

14.    Due to Defendant's refusal to pay the losses sustained by Plaintiff, Plaintiff has been required to retain the services of the undersigned counsel and is obligated to pay them a reasonable fee for their services.

15.    Plaintiff is entitled to attorneys' fees pursuant to section 627.428, Florida Statutes.

16.    Defendant owes prejudgment interest, expert fees, costs, attorneys' fees, the costs of all structurally necessary repairs, and, if the insured dwelling is not repairable within applicable coverage limits, an amount equal to such limits for the total loss.

WHEREFORE, Plaintiff, VIVIAN HUGHES, demands judgment against Defendant for: (i) all general and special damages including, but not limited to the full cost of repair or replacement of Plaintiff's insured dwelling; (ii) pre-judgment interest; and (iii) court costs, costs, expert fees and attorneys' fees pursuant to section 627.428, Florida Statutes, and such other and further relief as the court deems proper.

## COUNT II
### Valued Policy Law

17.    Plaintiff reaffirms, re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 10.

18.    Defendant, USAA CASUALTY INSURANCE COMPANY, retained the services of an expert geological and geotechnical company to investigate the cause of damage to Plaintiff's insured property.

19.    Defendant's chosen expert determined that the cause of loss was sinkhole activity and made recommendations for repairs.

20.    'Plaintiff disagrees with the proposed repairs.

21.    The cost of appropriate repairs significantly exceeds the available coverage available under the applicable policy at the time of loss.

22.     Florida Statute Section 627.702 further provides for payment to an insured in the event of a total loss.

23.     The Defendant/Insurer, USAA CASUALTY INSURANCE COMPANY, breached the policy of insurance by failing to pay the amount of money for which the dwelling was insured, as required by Florida Statute Section 627.702, and by failing to pay the benefits under the policy. Plaintiff is entitled to the full cost of repairs for the damages to the home and structures.

24.     Because of Defendant/Insurer, USAA CASUALTY INSURANCE COMPANY'S refusal to pay the losses sustained by the Plaintiff, the Plaintiff has been required to retain the services of the undersigned attorneys and are obligated to pay a reasonable fee for their services.

25.     The Plaintiff is entitled to attorney's fees pursuant to Florida Statute Section 627.428 and/or any other applicable statutes.

WHEREFORE, Plaintiff, VIVIAN HUGHES, requests that this Court enter judgment against USAA CASUALTY INSURANCE COMPANY for all general and special damages Plaintiff has sustained by reason of USAA CASUALTY INSURANCE COMPANY'S breach, plus pre- and post-judgment interest at the highest rate permitted by Florida law, reasonable expert fees and attorneys' fees pursuant to section 627.428, Florida Statutes, and costs associated with this action, and such other and further relief as this Court may deem just and proper.

## COUNT III
### Declaratory Relief Action as to Method of Repair to Subsurface

26.     Plaintiff reaffirms, re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 10.

27.     This is an action seeking declaratory relief pursuant to chapter 86, Florida Statutes, to determine and declare the rights and duties of the parties under a policy of property insurance issued or renewed by the Defendant, as more specifically set for below.

28.     Sinkhole activity beneath the foundation of Plaintiff's home, which is a covered peril under the subject insurance policy, has been specifically identified by Defendant and Defendant's engineering firm as a probable cause of the damage sustained to Plaintiff's home.

29.     Plaintiff is entitled to have the insured home properly repaired; including, but not limited to, remediation of subsurface conditions and restoration of the foundation, cosmetic repair, repairs of the cracks, structural repair, temporary repairs and other structurally necessary repairs. If the home is not repairable within the applicable limits, Plaintiff is entitled to be compensated for the total loss.

30.     Pursuant to Florida Statute section 627.707(5) (b), Defendant was required to develop a remediation plan or the insured location "in consultation with the policyholder."

31.     Defendant's engineering firm unilaterally recommended certain subsurface remedial measures, which, according to Plaintiff's retained engineer, are structurally insufficient to properly and permanently repair/remediate the subsurface and foundation of Plaintiff's home.

32.     As a result a bona fide dispute has arisen regarding what constitutes appropriate and structurally necessary repairs for the home.

33.     Pursuant to section 627.707(5) (b), Florida Statutes, "until the policyholder enters into a contract for the performance of building stabilization or foundation repairs," Defendant has no responsibility to pay for any amounts necessary to begin or perform the same.

34.     The execution of a valid repair contract is thus a statutory condition precedent to Defendant's liability for stabilization or foundation repairs.

35. However, as a result of the above-referenced dispute over what constitutes appropriate and structurally necessary building stabilization and foundation repairs, the parties cannot agree on material repair specifications necessary to solicit bids in order to enter into a contract.

36. Upon information and belief, Defendant and its engineering firm expressly disclaim and refuse to warrant the efficacy of their recommended method of subsurface remediation and foundation repair.

37. There exists a bona fide dispute between Plaintiff and Defendant regarding the appropriate and structurally necessary method of remediation and repair required to properly stabilize subsurface conditions and restore the foundation of Plaintiff's home.

38. This dispute presents a question of fact upon which the existence of certain immunities, powers, privileges and/or rights do or may depend.

39. In the event of a loss caused by sinkhole activity, a covered peril under the subject policy, Plaintiff has the right to receive payment for the full cost to properly repair or replace the damage to the insured dwelling. This necessarily includes costs associated with subsurface repairs. However, pursuant to section 627.707(5) (b), Defendant has the privilege to indefinitely withhold payment for subsurface repairs unless and until Plaintiff enters into a contract to commence such repairs.

40. Plaintiff has sought advance authorization to incorporate material engineering specifications, which according to Plaintiff's retained expert are structurally necessary to restore the property to its pre-loss condition, into the repair contract bid solicitation process.

41.     Defendant has failed or refused to grant such authorization because it's retained experts are of the opinion that the aforementioned repairs are not reasonably necessary to repair the insured dwelling.

42.     Without prior authorization from Defendant, Plaintiff is placed in the precarious position of potentially entering into a repair contract without any adequate assurances that Defendant will pay for any part of the resulting contractual liability. Even more problematic, given the costs associated with subsurface sinkhole restoration, most repair companies will not undertake repairs without reasonable assurances of payment.

43.     As a result of the parties' dispute regarding what constitutes an appropriate and structurally necessary repair; Plaintiff has effectively been prevented from executing a suitable repair contract for subsurface stabilization, which is a statutory condition precedent to Defendant's liability for such repairs.

44.     Accordingly, Plaintiff's right to receive payment of insurance benefits for subsurface sinkhole repairs, and the derivative right to have the home properly repaired, necessarily depend upon the resolution of this question of fact.

45.     Pursuant to sections 86.011(2), 86.051, 86.071, and 86.101, Plaintiff is entitled to have this factual dispute resolved, and without a Court declaration, uncertainty will remain regarding the status of certain immunities, powers, privileges and/or rights of the parties under the insurance policy.

46.     The relief sought is not merely the giving of legal advice by the Court or the answer to questions propounded from curiosity. Without declaratory relief from the Court, Plaintiff is unable to comply with a statutory condition precedent to obtaining coverage for building stabilization and foundation repairs to which Plaintiff is statutorily entitled.

47.     As more specifically set forth above, Plaintiff and Defendant have, or reasonably may have; actual, present, adverse and antagonistic interests in the subject matter of this lawsuit and all such interests are properly before this Court.

48.     Because this dispute has arisen, Plaintiff has been required to retain the services of the undersigned counsel and is obligated to pay them a reasonable fee for their services. Plaintiff is entitled to attorneys' fees pursuant to section 627.428, Florida Statutes.

49.     All conditions precedent to the maintenance of this declaratory judgment action have been complied with, met, or waived.

WHEREFORE, Plaintiff, VIVIAN HUGHES, demands judgment against Defendant: (i) declaring the rights and duties of the respective parties under the insurance policy and resolving a factual dispute as to what constitutes proper and necessary repairs, upon which such rights and duties do or may depend; (ii) awarding Court costs, costs, expert fees and attorneys' fees pursuant to section 627.428, Florida Statutes; and (iii) awarding such other and further relief as the Court deems proper and just in the premises.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable.

Dated this _____ day of June, 2014.

Sarah Kinnett, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar #: 37593
Attorney for Plaintiff

STATE OF TEXAS

Before me, the undersigned notary public for the State of Texas, on this day personally appeared Mary Ann Rice, Administrative Support Manager and custodian of records of USAA Casualty Insurance Company, and after being by me duly sworn and upon her oath says that an exact duplicate of the USAA Casualty Insurance Company, 00763 44 17 81A, including any applicable endorsements and forms, issued to Vivian Hughes, effective on July 16, 2012, has been prepared under her direction and is attached hereto.

Mary Ann Rice,
Administrative Support Manager

Subscribed and sworn to before me by said Mary Ann Rice, Administrative Support Manager, this ___ day of March, 2013 at San Antonio, Texas, to certify which witness my hand and seal at office.

Angela Kaye Catherman
Notary Public
State of Texas
My commission expires on <u>September 12, 2015</u>

ANGELA KAYE CATHERMAN
My Commission Expires
September 12, 2015



EXHIBIT
A



# FIRE POLICY PACKET

CIC    00763 44 17 81A
EFFECTIVE: 04-25-12 TO: 04-25-13

VIVIAN HUGHES
2343 FM 2268
SALADO TX 76571-4908

## IMPORTANT MESSAGES

Attached are your policy documents and other information you may find helpful concerning your insurance coverages and premiums. Please take a few minutes to review them, and then file them with your policy records.

1) You are paying more for your policy due to an emergency assessment from Florida Citizens. FL Citizens is the state-run insurer that provides insurance to individuals who are unable to secure coverage through other insurance carriers. These properties are often in high-risk or coastal areas. This emergency assessment is necessary to enable FL Citizens to pay the claims they received from past hurricane seasons. Your emergency assessment charge is displayed on your Declarations page.

2) You may be eligible to receive premium credits of up to 57% of a portion of your hurricane premium if your home has fixtures or construction techniques designed to reduce losses in the event of a windstorm. The credit amount varies by the location of your property as well as the specific fixtures or construction techniques of your home. See attached Form FBC01 for additional details.

3) USAA considers many factors when determining your premium. Maintaining your property to reduce the probability of loss is one of the most important steps you can take. A history of claim activity may affect your coverage.

4) Go to usaa.com to view policy coverages and home features.

5) Florida has passed a bill establishing an annual hurricane deductible. As a result, we will apply a calendar year hurricane deductible to all Florida homeowners and fire policies for any hurricane losses which occur after May 1, 2005. Please refer to the Florida Calendar Year Hurricane Deductible Notice for details.

6) Your attached policy includes a charge for the Florida Hurricane Catastrophe Fund (FHCF) Emergency Assessment, which provides funds to pay FHCF obligations resulting

## THIS IS NOT A BILL. Any premium charge or return for this policy will be reflected on your next regular monthly statement.

RECEIVE THIS DOCUMENT AND OTHERS ELECTRONICALLY. SIGN UP AT usaa.com.

**For U.S. CALLS: Policy Service (800) 531-8111. Claims (800) 531-8222.**

**Thank you for letting us serve you. We appreciate your business.**

DPCS1                                                                     53276-0507

THIS PAGE INTENTIONALLY LEFT BLANK

PAGE   3
CIC    .00763 44 17      81A
MAIL  MACH-I          59788

## IMPORTANT MESSAGES cont'd.

from the previous hurricane seasons. The FHCF charges are reflected on your Declarations page.

7) Your policy does NOT cover loss due to flood from any source. For information about obtaining flood coverage from the National Flood Insurance Program (NFIP), call USAA at (800) 531-8722, or contact the NFIP directly.

   If you already have a flood policy, you should review it to make sure you have the appropriate coverage and limits. No automatic increases or adjustments are applied to your policy. Coverage for loss of household contents due to flood may be available at an additional cost. If you have questions, please call a member service representative at the phone number above.

8) New Florida law allows you to remove or reduce certain coverages in your policy. Please review the enclosed "How Florida House Bill 1A affects you" (form FLHB1A) for details.

9) We increased your deductible for Sinkhole Loss Coverage to 10%. With this deductible, your out-of-pocket expense will be greater in the event of a claim. Read "Sinkhole Coverage" (form FLSNKREJ) in your packet for sinkhole coverage options.

CIC    00763 44 17    81A





United Services Automobile Association
9800 Fredericksburg Road – San Antonio, Texas  78288

**Dwelling Policy**

This Declarations replaces all prior Declarations, if any.


# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.


**DP-D** Ed. 1–89  (Rev. 12–05)                                      52362–1205



PAGE   5

MAIL MACH-I

USAA CASUALTY INSURANCE COMPANY
9800 Fredericksburg Road – San Antonio, Texas 78288

## DWELLING POLICY
THIS   Declarations replaces all prior Declarations, if any.

**Insured's Name and Mailing Address**

VIVIAN HUGHES
2343 FM 2268
SALADO TX 76571-4908

**Policy Number**

CIC   00763 44 17   81A

POLICY PERIOD: 12:01 A.M. Standard Time          From  04-25-12   To   04-25-13   1 Year
            at the Described Location

**Named Insured:**   VIVIAN HUGHES

**Described Location:**

4201 ASHTON MEADOWS WAY
WESLEY CHAPEL, PASCO, FL   33543-4993

**Legal Description:**

This insurance applies to the Described Location, Coverage for which a Limit of Liability is shown and Perils Insured Against for which a Premium is stated.

| PERILS INSURED AGAINST | FIRE OR LIGHTNING | EXTENDED COVERAGE | | SPECIAL FORM |
|---|---|---|---|---|
| PREMIUM | $148.39 | NON-HURRICANE | $299.07 | $510.04 |
| | | HURRICANE | $318.69* | |
| | | *(INCLUDES FHCF | $83.26) | |

TOTAL ANNUAL PREMIUM          $1129.16

FL PREMIUM SURCHARGES          $102.96    (INCLUDED IN TOTAL ANNUAL PREMIUM)
   SEE NEXT PAGE

| **Coverages** | **Limit of Liability** |
|---|---|
| A. DWELLING | $209,000 |
| L. PERSONAL LIABILITY | $300,000 |
| M. MEDICAL PAYMENTS | $5,000 |

In case of loss under this policy we cover only that part of the loss over the deductible stated.

**DEDUCTIBLE(S)** ALL OTHER PERILS      $500      **2%  HURRICANE    = $4,180**

Form and Endorsements made a part of this policy at time of issue:

DP 00 03 (07-88); DL 24 01 (12-02); DL 24 11 (12-02); DL 24 14 (12-02); DL 25 09 (08-04)
DP FL (11-08); DP FLDA3 (01-07); DP 03 52 (01-05); DP 04 LAFL (03-08); DP 04 70 (07-88)
DP 99FL (06-07); DP-978 (07-00); ESA (02-05); 219 (01-03)

LOAN NUMBER:  233015030

MORTGAGEE
      BANK OF AMERICA, NA
      ITS SUCCESSORS AND/OR ASSIGNS, A.T.I.M.A.
      PO BOX 961291
      FORT WORTH, TX 76161-0291

COUNTERSIGNED BY AGENT

In WITNESS WHEREOF, this policy is signed on   04-24-12

Steven Alan Bennett, Secretary          Stuart Parker, President

**DP-D** Ed. 1-89 (Rev. 12-05)



USAA CASUALTY INSURANCE COMPANY

**ENDORSEMENT DECLARATIONS**

Specifically listed below are the Declarations and premiums for endorsements made a part of this policy at the time of issue. The endorsements are attached stating terms and conditions.

| **Policy Number** | **Policy Term:** | 04-25-12 | 04-25-13 |
|---|---|---|---|
| CIC   00763 44 17   81A | | Inception | Expiration |

ADDITIONAL COVERAGE INFORMATION:

DL 24 01 (12-02)    - PERSONAL LIABILITY

                       TERM PREMIUM $      24.50

DL 24 11 (12-02)    - PREMISES LIABILITY

                       TERM PREMIUM  : INCLUDED

DL 24 14 (12-02)    - LIABILITY LOSS ASSESSMENT

                       COVERAGE LIMIT : $10,000
                       TERM PREMIUM :INCLUDED

DP 03 52 (01-05)    - HURRICANE DEDUCTIBLE ENDORSEMENT

                                 TERM PREMIUM:  INCLUDED

DP 04 LAFL (03-08)   - LOSS ASSESSMENT PROPERTY COVERAGE

                       COVERAGE LIMIT : $10,000
                          APPLIES TO DWELLING COVERAGE A
                       TERM PREMIUM  : INCLUDED

DP 04 70 (07-88)    - PREM ALARM/FIRE PROTECTION SYSTEM CREDIT

                       SYSTEM: FIRE/SMOKE   TYPE: CENTRAL
                       TOTAL PERCENT CREDIT:  10%
                               TOTAL PREMIUM CREDIT $     15.62

DP 99FL (06-07)    - SINKHOLE LOSS COVERAGE

       DEDUCTIBLE IS 10% OF DWELLING - COVERAGE A LIMITS OF LIABILITY

                                 TERM PREMIUM:  INCLUDED

DP-978 (07-00)     - ADJUSTED BUILDING COST ENDORSEMENT

                                 TERM PREMIUM:  INCLUDED

219 (01-03)       - BUILDING CODE CREDIT

                            TOTAL POLICY CREDIT $     127.13

          - BUILDING CODE ENFORCEMENT PROGRAM CREDIT

                            TOTAL PREMIUM CREDIT    $48.48

SPECIFICALLY LISTED BELOW ARE SURCHARGES.  THESE SURCHARGES ARE PART OF THE TOTAL ANNUAL PREMIUM.

DP-END  Ed. 1-89                    04-24-12



USAA CASUALTY INSURANCE COMPANY

**ENDORSEMENT DECLARATIONS**

Specifically listed below are the Declarations and premiums for endorsements made a part of this policy at the time of issue. The endorsements are attached stating terms and conditions.

| **Policy Number** | **Policy Term:** | 04-25-12 | 04-25-13 |
|---|---|---|---|
| CIC    00763 44 17   81A | | Inception | Expiration |

| | |
|---|---|
| EMERGENCY MANAGEMENT FUND | $2.00 |
| FL HURRICANE CATASTROPHE FUND (FHCF) PREMIUM RECOUPMENT | $83.26 |
| FL HURRICANE CATASTROPHE EMERGENCY ASSESSMENT | $14.11 |
| CITIZENS EMERGENCY ASSESSMENT | $3.59 |

FOR INFORMATION ONLY:

YOUR BUILDING CODE ENFORCEMENT CREDIT GRADE IS 5.  IF YOUR COMMUNITY
WERE GRADED 1, THE CREDIT WOULD BE $88.88.  IF YOUR COMMUNITY DID NOT
PARTICIPATE IN THE BUILDING CODE ENFORCEMENT PROGRAM, A SURCHARGE OF $8.08
WOULD APPLY TO YOUR PREMIUM.

04-24-12

**DP-END**  Ed. 1-89



**USAA GROUP**
9800 Fredericksburg Road    San Antonio, Texas 78288

CIC    00763 44 17    PAGE    8
                      81A

# YOUR DWELLING POLICY

**READ YOUR POLICY, DECLARATIONS AND ENDORSEMENTS CAREFULLY.**

The Dwelling Policy insurance contract between you and us consists of this policy plus your Declarations page and any applicable forms and endorsements. The QUICK REFERENCE section below outlines information contained in the Declarations and the major parts of the policy.

---

## QUICK REFERENCE

| | | |
|---|---|---|
| | **DECLARATIONS PAGE** | **RECIPROCAL PROVISIONS...** apply when United Services Automobile Association, or USAA, is named on the Declarations as the Company. |
| Beginning On Page | Your Name and Address<br>Described Location<br>Policy Period<br>Coverages, Amounts of<br>   Insurance and Premiums<br>Forms and Endorsements | **A non-assessable policy**<br>   Reciprocals<br>   Special definitions and provisions<br>   Plan of operation |
| 2 | **AGREEMENT** | In your policy these sets of words have the same meaning: Policy means Contract; You, Your or Insured means Subscriber. We, us, our, USAA or Company means Reciprocal or Interinsurance Exchange; Premium means Deposit; President means Attorney-in-Fact. |
| | **DEFINITIONS** | |
| | **COVERAGES** | |
| | Property Coverages<br>Fair Rental Value/Additional<br>   Living Expense<br>Other Coverages<br>   Debris Removal<br>   Improvements, Alterations<br>   and Additions<br>   World-Wide Coverage<br>   Fire Department Service<br>   Charge | Your Policy is issued as part of an Interinsurance Exchange by the President of USAA as Attorney-in-Fact under the authority given him by the subscribers. |
| 5 | **PERILS INSURED AGAINST** | No Contingent Liability: You are liable only for the amount of your premium since USAA has a free surplus in excess of the amount required by Article 19.03 of the Texas Insurance Code of 1951, as amended. |
| 7 | **GENERAL EXCLUSIONS** | |
| 8 | **CONDITIONS** | |
| | Policy Period<br>Insurable Interest<br>Duties After Loss<br>Loss Settlement<br>Mortgage Clause<br>Cancellation<br>Non-Renewal | Participation: By purchasing this policy, you are a member of USAA and subject to its bylaws. You are entitled to dividends as may be declared by us, after approval as required by the Texas Insurance Code of 1951, as amended. |

---

*Copyright, Insurance Services Office, Inc., 1988*

PAGE    9

CIC      00763 44 17      81A

**Dwelling Property 3**
**Special Form**
**Ed. 7-88**

---

# AGREEMENT

---

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

---

# DEFINITIONS

---

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We," "us" and "our" refer to the Company providing this insurance.

---

# COVERAGES

---

This insurance applies to the Described Location, Coverages for which a Limit of Liability is shown and Perils Insured Against for which a Premium is stated.

## COVERAGE A - Dwelling

We cover:

1. the dwelling on the Described Location shown in the Declarations, used principally for dwelling purposes, including structures attached to the dwelling;

2. materials and supplies located on or next to the Described Location used to construct, alter or repair the dwelling or other structures on the Described Location; and

3. if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

This coverage does not apply to land, including land on which the dwelling is located.

## COVERAGE B - Other Structures

We cover other structures on the Described Location, set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

This coverage does not apply to land, including land on which the other structures are located.

We do not cover other structures:

1. used in whole or in part for commercial, manufacturing or farming purposes; or

2. rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

## COVERAGE C - Personal Property

We cover personal property, usual to the occupancy as a dwelling and owned or used by you or members of your family residing with you while it is on the Described Location. At your request, we will cover personal property owned by a guest or servant while the property is on the Described Location.

**Property Not Covered. We do not cover:**

1. accounts, bank notes, bills, bullion, coins, currency, deeds, evidences of debt, gold other than goldware, letters of credit, manuscripts, medals, money, notes other than bank notes, passports, personal records, platinum, securities, silver other than silverware, tickets and stamps;

2. animals, birds or fish;

3. aircraft and parts. Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

4. motor vehicles or all other motorized land conveyances. This includes:

   a. their equipment and accessories; or

   b. any device or instrument for the transmitting, recording, receiving or reproduction of sound or pictures which is operated by power from the electrical system of motor vehicles or all other motorized land conveyances, including:

      (1) accessories or antennas; or

---

Copyright, Insurance Services Office, Inc., 1988

(2) tapes, wires, records, discs or other media for use with any such device or instrument;

while in or upon the vehicle or conveyance.

We do cover vehicles or conveyances not subject to motor vehicle registration which are:

a. used to service the Described Location; or

b. designed for assisting the handicapped;

5. watercraft, other than rowboats and canoes;

6. data, including data stored in:

a. books of account, drawings or other paper records; or

b. electronic data processing tapes, wires, records, discs or other software media.

However, we do cover the cost of blank recording or storage media, and of pre-recorded computer programs available on the retail market;

7. credit cards or fund transfer cards.

If you remove personal property from the Described Location to a newly acquired principal residence, the Coverage C limit of liability will apply at each residence for the 30 days immediately after you begin to move the property there. This time period will not extend beyond the termination of this policy. Our liability is limited to the proportion of the limit of liability that the value at each residence bears to the total value of all personal property covered by this policy.

## COVERAGE D - Fair Rental Value

If a loss to property described in Coverage A, B or C by a Peril Insured Against under this policy makes that part of the Described Location rented to others or held for rental by you unfit for its normal use, we cover its:

Fair Rental Value, meaning the fair rental value of that part of the Described Location rented to others or held for rental by you less any expenses that do not continue while that part of the Described Location rented or held for rental is not fit to live in.

Payment will be for the shortest time required to repair or replace that part of the Described Location rented or held for rental.

If a civil authority prohibits you from use of the Described Location as a result of direct damage to a neighboring location by a Peril Insured Against in this policy, we cover the Fair Rental Value loss for no more than two weeks.

The periods of time referenced above are not limited by the expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

## COVERAGE E - Additional Living Expense

If a loss to property described in Coverage A, B or C by a Peril Insured Against under this policy makes the Described Location unfit for its normal use, we cover your:

Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the Described Location or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

If a civil authority prohibits you from use of the Described Location as a result of direct damage to a neighboring location by a Peril Insured Against in this policy, we cover the Additional Living Expense loss for no more than two weeks.

The periods of time referenced above are not limited by the expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

## OTHER COVERAGES

1. **Other Structures.** You may use up to 10% of the Coverage A limit of liability for loss by a Peril Insured Against to other structures described in Coverage B.

   Use of this coverage does not reduce the Coverage A limit of liability for the same loss.

2. **Debris Removal.** We will pay your reasonable expense for the removal of:

   a. debris of covered property if a Peril Insured Against causes the loss; or

Copyright, Insurance Services Office, Inc., 1988

b.  ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

Debris removal expense is included in the limit of liability applying to the damaged property.

3. **Improvements, Alterations and Additions.** If you are a tenant of the Described Location, you may use up to 10% of the Coverage C limit of liability for loss by a Peril Insured Against to improvements, alterations and additions, made or acquired at your expense, to that part of the Described Location used only by you.

Use of this coverage does not reduce the Coverage C limit of liability for the same loss.

4. **World-Wide Coverage.** You may use up to 10% of the Coverage C limit of liability for loss by a Peril Insured Against to property covered under Coverage C except rowboats and canoes, while anywhere in the world.

Use of this coverage reduces the Coverage C limit of liability for the same loss.

5. **Rental Value and Additional Living Expense.** You may use up to 10% of the Coverage A limit of liability for loss of both fair rental value as described in Coverage D and additional living expense as described in Coverage E.

Use of this coverage does not reduce the Coverage A limit of liability for the same loss.

6. **Reasonable Repairs.** In the event that covered property is damaged by an applicable Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage. If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against.

This coverage:

a.  does not increase the limit of liability that applies to the covered property;

b.  does not relieve you of your duties, in case of a loss to covered property, as set forth in Condition 4.b.

7. **Property Removed.** We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

8. **Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the Described Location for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by you or a resident of the Described Location or Vandalism or malicious mischief, including damage during a burglary or attempted burglary, but not theft of property.

The limit of liability for this coverage will not be more than 5% of the Coverage A limit of liability, or more than $500 for any one tree, shrub or plant. We do not cover property grown for commercial purposes.

This coverage is additional insurance.

9. **Fire Department Service Charge.** We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

10. **Collapse.** We insure for risk of direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:

a.  Perils Insured Against in Coverage C – Personal Property. These perils apply to covered building and personal property for loss insured by this Other Coverage;

b.  hidden decay;

c.  hidden insect or vermin damage;

Copyright, Insurance Services Office, Inc., 1988

d. weight of contents, equipment, animals or people;

e. weight of rain which collects on a roof;

f. use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b, c, d, e and f unless the loss is a direct result of the collapse of a building.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not increase the limit of liability applying to the damaged covered property.

11. **Glass or Safety Glazing Material.** We cover:

a. the breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and

b. damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

This coverage does not include loss on the Described Location if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

---

# PERILS INSURED AGAINST

---

**COVERAGE A - DWELLING and**
**COVERAGE B - OTHER STRUCTURES**

We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property; however, we do not insure loss:

1. involving collapse, other than as provided in Other Coverages 10;

2. caused by:

a. freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is vacant, unoccupied or being constructed unless you have used reasonable care to:

(1) maintain heat in the building; or

(2) shut off the water supply and drain the system and appliances of water;

b. freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

(1) fence, pavement, patio or swimming pool;

(2) foundation, retaining wall or bulkhead; or

(3) pier, wharf or dock;

c. theft of property not part of a covered building or structure;

d. theft in or to a dwelling or structure under construction;

e. wind, hail, ice, snow or sleet to:

(1) outdoor radio and television antennas and aerials including their lead-in wiring, masts or towers; or

(2) trees, shrubs, plants or lawns;

f. vandalism and malicious mischief, theft or attempted theft if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

g. constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance;

h. (1) wear and tear, marring, deterioration;

Copyright, Insurance Services Office, Inc., 1988

(2) inherent vice, latent defect, mechanical breakdown;

(3) smog, rust or other corrosion, mold, wet or dry rot;

(4) smoke from agricultural smudging or industrial operations;

(5) discharge, dispersal, seepage, migration release or escape of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

(6) settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings; or

(7) birds, vermin, rodents, insects or domestic animals.

If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

3. excluded under General Exclusions.

Under items 1 and 2, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

**COVERAGE C - PERSONAL PROPERTY**

We insure for direct physical loss to the property described in Coverage C caused by a peril listed below unless the loss is excluded in the General Exclusions.

1. **Fire or lightning.**

2. **Windstorm or hail.**

This peril does not include loss to:

a. property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening;

b. canoes and rowboats; or

c. trees, shrubs or plants.

3. **Explosion.**

4. **Riot or civil commotion.**

5. **Aircraft,** including self-propelled missiles and spacecraft.

6. **Vehicles.**

7. **Smoke,** meaning sudden and accidental damage from smoke.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism or malicious mischief.**

This peril does not include loss by pilferage, theft, burglary or larceny.

9. **Damage by Burglars,** meaning damage to covered property caused by Burglars.

This peril does not include:

a. theft of property; or

b. damage caused by burglars to property on the Described Location if the dwelling has been vacant for more than 30 consecutive days immediately before the damage occurs. A dwelling being constructed is not considered vacant.

10. **Falling Objects.**

This peril does not include loss to property contained in the building unless the roof or an outside wall of the building is first damaged by a falling object.

Damage to the falling object itself is not covered.

11. **Weight of ice, snow or sleet** which causes damage to property contained in the building.

12. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:

a. to the system or appliance from which the water or steam escaped;

b. caused by or resulting from freezing except as provided in the peril of freezing below; or

Copyright, Insurance Services Office, Inc., 1988

c. on the Described Location caused by accidental discharge or overflow which occurs off the Described Location.

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

13. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

This peril does not include loss caused by or resulting from freezing except as provided in the peril of freezing below.

14. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

This peril does not include loss on the Described Location while the dwelling is unoccupied or being constructed, unless you have used reasonable care to:

a. maintain heat in the building; or

b. shut off the water supply and drain the system and appliances of water.

15. **Sudden and accidental damage from artificially generated electrical current.**

This peril does not include loss to a tube, transistor or similar electronic component.

16. **Volcanic Eruption** other than loss caused by earthquake, land shock waves or tremors.

## GENERAL EXCLUSIONS

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

a. **Ordinance or Law,** meaning enforcement of any ordinance or law regulating the use, construction, repair, or demolition of a building or other structure, unless specifically provided under this policy.

b. **Earth Movement,** meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:

(1) fire;

(2) explosion; or

(3) breakage of glass or safety glazing material which is part of a building, storm door or storm window;

ensues and then we will pay only for the ensuing loss.

c. **Water Damage,** meaning:

(1) flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

(2) water which backs up through sewers or drains or which overflows from a sump; or

(3) water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire or explosion resulting from water damage is covered.

d. **Power Failure,** meaning the failure of power or other utility service if the failure takes place off the Described Location. But, if a Peril Insured Against ensues on the Described Location, we will pay only for that ensuing loss.

e. **Neglect,** meaning your neglect to use all reasonable means to save and preserve property at and after the time of a loss.

f. **War,** including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

g. **Nuclear Hazard,** to the extent set forth in the Nuclear Hazard Clause of the Conditions.

Copyright, Insurance Services Office, Inc., 1988

PAGE  15
CIC      00763 44 17      81A

h. **Intentional Loss**, meaning any loss arising out of any act committed:

   (1) by or at the direction of you or any person or organization named as an additional insured; and

   (2) with the intent to cause a loss.

2. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

   a. **Weather conditions.** However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss;

b. **Acts or decisions,** including the failure to act or decide, of any person, group, organization or governmental body;

c. **Faulty, inadequate or defective;**

   (1) planning, zoning, development, surveying, siting;

   (2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   (3) materials used in repair, construction, renovation or remodeling; or

   (4) maintenance;

   of part or all of any property whether on or off the Described Location.

## CONDITIONS

1. **Policy Period.** This policy applies only to loss which occurs during the policy period.

2. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

   a. for an amount greater than the interest of a person insured under this policy; or

   b. for more than the applicable limit of liability.

3. **Concealment or Fraud.** The entire policy will be void if, whether before or after a loss, you have:

   a. intentionally concealed or misrepresented any material fact or circumstance;

   b. engaged in fraudulent conduct; or

   c. made false statements;

   relating to this insurance.

4. **Your Duties After Loss.** In case of a loss to covered property, you must see that the following are done:

   a. give prompt notice to us or our agent;

   b. (1) protect the property from further damage;

      (2) make reasonable and necessary repairs to protect the property; and

      (3) keep an accurate record of repair expenses;

c. prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

d. as often as we reasonably require:

   (1) show the damaged property;

   (2) provide us with records and documents we request and permit us to make copies; and

   (3) submit to examination under oath, while not in the presence of any other named insured, and sign the same;

e. send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

   (1) the time and cause of loss;

   (2) your interest and that of all others in the property involved and all liens on the property;

   (3) other insurance which may cover the loss;

   (4) changes in title or occupancy of the property during the term of the policy;

   (5) specifications of damaged buildings and detailed repair estimates;

Copyright, Insurance Services Office, Inc., 1988

(6) the inventory of damaged personal property described in 4c;

(7) receipts for additional living expenses incurred and records that support the fair rental value loss.

5. **Loss Settlement.** Covered property losses are settled as follows:

a. (1) Personal property;

(2) Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

(3) Structures that are not buildings;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

b. Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

(1) If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:

(a) the limit of liability under this policy that applies to the building;

(b) the replacement cost of that part of the building damaged for like construction and use on the same premises; or

(c) the necessary amount actually spent to repair or replace the damaged building.

(2) If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

(a) the actual cash value of that part of the building damaged; or

(b) that proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

(3) To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

(a) excavations, foundations, piers or any supports which are below the undersurface of the lowest basement floor;

(b) those supports in (a) above which are below the surface of the ground inside the foundation walls, if there is no basement; and

(c) underground flues, pipes, wiring and drains.

(4) We will pay no more than the actual cash value of the damage unless:

(a) actual repair or replacement is complete; or

(b) the cost to repair or replace the damage is both:

(i) less than 5% of the amount of insurance in this policy on the building; and

(ii) less than $2500.

(5) You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability on a replacement cost basis.

6. **Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

a. repair or replace any part to restore the pair or set to its value before the loss; or

b. pay the difference between actual cash value of the property before and after the loss.

*Copyright, Insurance Services Office, Inc., 1988*

7. **Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

8. **Appraisal.** If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the Described Location is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

   Each party will:

   a. pay its own appraiser; and

   b. bear the other expenses of the appraisal and umpire equally.

9. **Other Insurance.** If property covered by this policy is also covered by other fire insurance, we will pay only the proportion of a loss caused by any peril insured against under this policy that the limit of liability applying under this policy bears to the total amount of fire insurance covering the property.

10. **Subrogation.** You may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

    If an assignment is sought, the person insured must sign and deliver all related papers and cooperate with us.

11. **Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

12. **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

13. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

    a. reach an agreement with you;

    b. there is an entry of a final judgment; or

    c. there is a filing of an appraisal award with us.

14. **Abandonment of Property.** We need not accept any property abandoned by you.

15. **Mortgage Clause.**

    The word "mortgagee" includes trustee.

    If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

    If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

    a. notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

    b. pays any premium due under this policy on demand if you have neglected to pay the premium; and

    c. submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

    If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

    If we pay the mortgagee for any loss and deny payment to you:

Copyright, Insurance Services Office, Inc., 1988

a. we are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

b. at our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

16. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

17. **Cancellation.**

a. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

(1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

(a) if there has been a material misrepresentation of fact which

if known to us would have caused us not to issue the policy; or

(b) if the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

18. **Non-Renewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

19. **Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

20. **Waiver or Change of Policy Provisions.** A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

21. **Assignment.** Assignment of this policy will not be valid unless we give our written consent.

Copyright, Insurance Services Office, Inc., 1988

**22. Death.**  If you die, we insure:

   a.  your legal representatives but only with respect to the property of the deceased covered under the policy at the time of death;

   b.  with respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

**23. Nuclear Hazard Clause.**

   a.  "Nuclear Hazard" means any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

   b.  Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

   c.  This policy does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**24. Recovered Property.**  If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**25. Volcanic Eruption Period.**  One or more volcanic eruptions that occur within a 72–hour period will be considered as one volcanic eruption.

Copyright, Insurance Services Office, Inc., 1988

PAGE  20

CIC    00763 44 17    81A

PERSONAL LIABILITY
DL 24 01 12 02

# PERSONAL LIABILITY

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

A. In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

B. In addition, certain words and phrases are defined as follows:

1. "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in b. below, mean the following:

   a. Liability for "bodily injury" or "property damage" arising out of the:

      (1) Ownership of such vehicle or craft by an "insured";

      (2) Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

      (3) Entrustment of such vehicle or craft by an "insured" to any person;

      (4) Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

      (5) Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

   b. For the purpose of this definition:

      (1) Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

      (2) Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

      (3) Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

      (4) Motor vehicle means a "motor vehicle" as defined in 7. below.

2. "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

3. "Business" means:

   a. A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

   b. Any other activity engaged in for money or other compensation, except the following:

      (1) One or more activities, not described in (2) through (4) below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

      (2) Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

(3) Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

(4) The rendering of home day care services to a relative of an "insured".

4. "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

5. "Insured" means:

a. You and residents of your household who are:

(1) Your relatives; or

(2) Other persons under the age of 21 and in the care of any person named above;

b. A student enrolled in school full time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

(1) 24 and your relative; or

(2) 21 and in your care or the care of a person described in a.(1) above;

c. With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in a. or b. above. "Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

d. With respect to a "motor vehicle" to which this policy applies:

(1) Persons while engaged in your employ or that of any person included in a. or b. above; or

(2) Other persons using the vehicle on an "insured location" with your consent.

Throughout this policy, when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

6. "Insured location" means:

a. The "residence premises";

b. The part of other premises, other structures and grounds used by you as a residence; and

(1) Which is shown in the Declarations; or

(2) Which is acquired by you during the policy period for your use as a residence;

c. Any premises used by you in connection with a premises described in a. and b. above;

d. Any part of a premises:

(1) Not owned by an "insured"; and

(2) Where an "insured" is temporarily residing;

e. Vacant land, other than farm land, owned by or rented to an "insured";

f. Land owned by or rented to an "insured" on which a one, two, three or four family dwelling is being built as a residence for an "insured";

g. Individual or family cemetery plots or burial vaults of an "insured"; or

h. Any part of a premises occasionally rented to an "insured" for other than "business" use.

7. "Motor vehicle" means:

   a. A self-propelled land or amphibious vehicle; or

   b. any trailer or semitrailer which is being carried on, towed by or hitched for towing by vehicle described in a. above.

8. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

   a. "Bodily injury"; or

   b. "Property damage".

9. "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

10. "Residence employee" means:

    a. An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

    b. One who performs similar duties elsewhere not related to the "business" of an "insured".

    A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

11. "Residence premises" means:

    a. The one family dwelling where you reside;

    b. The two, three or four family dwelling where you reside in at least one of the family units; or

    c. That part of any other building where you reside;

    and which is shown as the "residence premises" in the Declarations.

    "Residence premises" also includes other structures and grounds at that location.

## LIABILITY COVERAGES

### A. Coverage L - Personal Liability

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

          © ISO Properties, Inc., 2002

## B. Coverage M - Medical Payments To Others

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to' others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or

2. To a person off the "insured location", if the "bodily injury":

   a. Arises out of a condition on the "insured location" or the ways immediately adjoining;

   b. Is caused by the activities of an "insured";

   c. Is caused by a "residence employee" in the course of the "residence employee's employment by an "insured"; or

   d. Is caused by an animal owned by or in the care of an "insured".

## EXCLUSIONS

## A. "Motor Vehicle Liability"

1. Coverages L and M do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":

   a. Is registered for use on public roads or property;

   b. Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or

   c. Is being:

      (1) Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

      (2) Rented to others;

      (3) Used to carry persons or cargo for a charge; or

      (4) Used for any "business" purpose except for a motorized golf cart while on a golfing facility.

2. If Exclusion A.1. does not apply, there is still no coverage for "motor vehicle liability" unless the "motor vehicle" is:

   a. In dead storage on an "insured location";

   b. Used solely to service an "insured's" residence;

   c. Designed to assist the handicapped and, at the time of an "occurrence", it is:

      (1) Being used to assist a handicapped person; or

      (2) Parked on an "insured location";

   d. Designed for recreational use off public roads and:

      (1) Not owned by an "insured"; or

      (2) Owned by an "insured" provided the "occurrence" takes place on an "insured location" as defined in Definitions B. 6.a., b., d., e. or h.; or

e. A motorized golf cart that is owned by an "insured", designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

    (1) A golfing facility and is parked or stored there, or being used by an "insured" to:

        (a) Play the game of golf or for other recreational or leisure activity allowed by the facility;

        (b) Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

        (c) Cross public roads at designated points to access other parts of the golfing facility; or

    (2) A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

## B. "Watercraft Liability"

1. Coverages **L** and **M** do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:

    a. Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;

    b. Rented to others;

    c. Used to carry persons or cargo for a charge; or

    d. Used for any "business" purpose.

2. If Exclusion **B.1.** does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:

    a. Is stored;

    b. Is a sailing vessel, with or without auxiliary power, that is:

        (1) Less than 26 feet in overall length; or

        (2) 26 feet or more in overall length and not owned by or rented to an "insured"; or

    c. Is not a sailing vessel and is powered by:

        (1) An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

            (a) 50 horsepower or less and not owned by an "insured"; or

            (b) More than 50 horsepower and not owned by or rented to an "insured"; or

        (2) One or more outboard engines or motors with:

            (a) 25 total horsepower or less;

            (b) More than 25 horsepower if the outboard engine or motor is not owned by an "insured";

            (c) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

            (d) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

(i)  You declare them at policy inception; or

(ii)  Your intent to insure them is reported to us in writing within 45 days after you acquire them.

The coverages in (c) and (d) above apply for the policy period.

Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

**C.  "Aircraft Liability"**

This policy does not cover "aircraft liability".

**D.  "Hovercraft Liability"**

This policy does not cover "hovercraft liability".

**E.  Coverage L - Personal Liability And Coverage M - Medical Payments To Others**

Coverage **L** and **M** do not apply to the following:

**1.  Expected Or Intended Injury**

"Bodily Injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage":

**a.**  Is of a different kind, quality or degree than initially expected or intended; or

**b.**  Is sustained by a different person, entity, real or personal property than initially expected or intended.

However, this Exclusion **E.1.** does not apply to "bodily injury" resulting from the use of reasonable force by an "insured" to protect persons or property;

**2.  "Business"**

**a.**  "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

This exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

**b.**  This Exclusion **E.2.** does not apply to:

**(1)**  The rental or holding for rental of an "insured location";

**(a)**  On an occasional basis if used only as a residence;

**(b)**  In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

**(c)**  In part, as an office, school, studio or private garage; and

**(2)**  An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

**3.  Professional Services**

"Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

**4.  "Insured's" Premises Not An "Insured Location"**

"Bodily injury" or "property damage" arising out of a premises:

**a.**  Owned by an "insured";

**b.**  Rented to an "insured"; or

**c.**  Rented to others by an "insured";

that is not an "insured location";

## 5. War

"Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

a. Undeclared war, civil war, insurrection, rebellion or revolution;

b. Warlike act by a military force or military personnel; or

c. Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

## 6. Communicable Disease

"Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

## 7. Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse; or

## 8. Controlled Substance

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions A. "Motor Vehicle Liability", B. "Watercraft Liability", C. "Aircraft Liability", D. "Hovercraft Liability" and E.4. "Insured's Premises Not An "Insured Location" do not

apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

## F. Coverage L - Personal Liability

Coverage L does not apply to:

1. Liability:

   a. For any loss assessment charged against you as a member of an association, corporation or community of property owners;

   b. Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

      (1) That directly relate to the ownership, maintenance or use of an "insured location"; or

      (2) Where the liability of others is assumed by you prior to an "occurrence";

      unless excluded in a. above or elsewhere in this policy;

2. "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

3. "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

4. "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

5. "Bodily injury" or "property damage" for which an "insured" under this policy:

   a. Is also an insured under a nuclear energy liability policy issued by the:

      (1) Nuclear Energy Liability Insurance Association;

      (2) Mutual Atomic Energy Liability Underwriters;

      (3) Nuclear Insurance Association of Canada;

      or any of their successors; or

   b. Would be an insured under such a policy but for the exhaustion of its limit of liability; or

6. "Bodily injury" to you or an "insured" as defined under Definitions 5.a. or b.

   This exclusion also applies to any claim made or suit brought against you or an "insured":

   a. To repay; or

   b. Share damages with;

   another person who may be obligated to pay damages because of "bodily injury" to an "insured".

## G. Coverage M - Medical Payments To Others

Coverage M does not apply to "bodily injury":

1. To a "residence employee" if the "bodily injury":

   a. Occurs off the "insured location"; and

   b. Does not arise out of or in the course of the "residence employee's" employment by an "insured";

2. To any person eligible to receive benefits voluntarily provided or required to be provided under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

3. From any:

   a. Nuclear reaction;

   b. Nuclear radiation; or

   c. Radioactive contamination;

   all whether controlled or uncontrolled or however caused; or

   d. Any consequence of any of these; or

4. To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

## ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

## A. Claim Expenses

We pay:

1. Expenses we incur and costs taxed against an "insured" in any suit we defend;

2. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage L limit of liability. We need not apply for or furnish any bond;

3. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

4. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

## B. First Aid Expenses

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

## C. Damage To Property Of Others

1. We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured".

2. We will not pay for "property damage":

   a. Caused intentionally by an "insured" who is 13 years of age or older;

   b. To property owned by an "insured";

   c. To property owned by or rented to a tenant of an "insured" or a resident in your household; or

   d. Arising out of:

      (1) A "business" engaged in by an "insured";

      (2) Any act · or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or

      (3) The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

      This Exclusion d.(3) does not apply to a "motor vehicle" that:

      (a) Is designed for recreational use off public roads;

      (b) Is not owned by an "insured"; and

      (c) At the time of the "occurrence", is not required by law, or regulation issued by a governmental agency, to have been registered for it to be used on public roads or property.

## CONDITIONS

## A. Limit of Liability

Our total liability under Coverage L for all damages resulting from any one "occurrence" will not be more than the Coverage L limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered· to be the result of one "occurrence".

Our total liability under Coverage M for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage M limit of liability shown in the Declarations.

## B. Severability Of Insurance

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

## C. Duties After "Occurrence"

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial· to us. You will help us by seeing that these duties are performed:

1. Give written notice to us or our agent as soon as is practical, which sets forth:

   a. The identity of the policy and the "named insured" shown in the Declarations;

   b. Reasonably available information on the time, place and circumstances of the "occurrence"; and

   c. Names and addressees of any claimants and witnesses;

2. Cooperate with us in the investigation, settlement or defense of any claim or suit;

3. Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

4. At our request, help us:

   a. To make settlement;

   b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

   c. With the conduct of suits and attend hearings and trials; and

   d. To secure and give evidence and obtain the attendance of witnesses;

5. With respect to **C.** Damage To Property Of Others under Additional Coverages, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an "insured's" control;

6. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

**D. Duties Of An Injured Person - Coverage M - Medical Payments To Others**

1. The injured person or someone acting for the injured person will:

   a. Give us written proof of claim, under oath if required, as soon as is practical; and

   b. Authorize us to obtain copies of medical reports and records.

2. The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**E. Payment of Claim - Coverage M - Medical Payments To Others**

Payment under this coverage is not an admission of liability by an "insured" or us.

**F. Suit Against Us**

1. No action can be brought against us unless there has been full compliance with all of the terms under this policy.

2. No one will have the right to join us as a party to any action against an "insured".

3. Also, no action with respect to Coverage **L** can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

**G. Bankruptcy Of An "Insured"**

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**H. Other Insurance**

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

**I. Policy Period**

This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

PAGE  30
CIC      00763 44 17      81A

## J.  Subrogation

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign' and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage **M** or Paragraph **C.** Damage To Property Of Others under Additional Coverages.

## K.  Concealment Or Fraud

We do not provide coverage to an "insured" who, whether before or after a loss, has:

**1.**  Intentionally            concealed            or misrepresented any material fact or circumstance;

**2.**  Engaged in fraudulent conduct; or

**3.**  Made false statements;

relating to this insurance.

PAGE   31

CIC   00763 44 17      81A

POLICY NUMBER:

PERSONAL LIABILITY
DL 24 11 12 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PREMISES LIABILITY
### (Non-Owner Occupied Dwelling)

## SCHEDULE*

Location*

Number of Families*

*Entries may be left blank if shown elsewhere in this policy for this coverage.

## DEFINITIONS

Definition **6.** "Insured location" is extended to include the premises shown in the Schedule above.

## LIABILITY COVERAGES

Coverage **L** – Personal Liability and Coverage **M** – Medical Payments To Others are restricted to apply only with respect to "bodily injury" and "property damage" arising out of the ownership, maintenance, occupancy or use of the premises shown below.

## EXCLUSIONS

Exclusion **E.2.** does not apply to the premises shown in the Schedule.

All other provisions of this policy apply.

DL 24 11 12 02

© *ISO Properties, Inc., 2002*

69224-0788
*Page 1 of 1*

PAGE   32

CIC     00763 44 17      81A

**PERSONAL LIABILITY**
**DL 24 14 12 02**

POLICY NUMBER:

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS ASSESSMENT LIABILITY COVERAGE

## SCHEDULE *

| Location Of Units And Limits Of Liability |
| --- |
|  |

\* Entries may be left blank if shown elsewhere in this policy for this coverage.

**A.** We will pay your share of loss assessment charged against you, as an owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, up to the limit of liability stated in the Schedule above, when the assessment is made as a result of:

1. "Bodily injury" or "property damage" not excluded by this policy; or

2. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

   a. Is elected by the members of a corporation or association of property owners; and

   b. Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

**B.** The following do not apply to this Loss Assessment Coverage:

1. Coverage L – Personal Liability Exclusion F.1.a.;

2. Condition I. Policy Period.

**C.** Regardless of the number of assessments, the limit stated in the Schedule above is the most we will pay for loss arising out of:

1. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

2. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

**D.** We do not cover assessments charged against you or a corporation or association of property owners by an governmental body.

All other provisions of this policy apply.

DL 24 14 12 02

©ISO Properties, Inc., 2002

69221-1202
**Page 1 of 1**

CIC     00763 44 17       81A

**DP 04 LAFL** (03-08)

## LOSS ASSESSMENT PROPERTY COVERAGE

For an additional premium, we agree to pay your share of loss assessment charged during the policy period against you by a corporation or association of property owners, up to the limit of liability shown on the declarations page when the assessment is made as a result of **sudden and accidental** direct physical loss to the property, owned by all members collectively, caused by a Peril Insured Against listed in the policy other than:

**a.** Earthquake; or

**b.** Land shock waves or tremors, which occur before, during or after a volcanic eruption.

**DEDUCTIBLE -** We will pay only that part of your assessment per unit that exceeds $250. No other deductible applies to this coverage.

All other provisions of this policy apply.

Copyright, USAA, 2007. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

89034-1008

**DP 04 LAFL** (03-08)

PAGE   34

CIC     00763 44 17      81A

DP 99FL (06-07)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SINKHOLE LOSS COVERAGE
## and CATASTROPHIC GROUND COVER COLLAPSE
(DP 00 01 & DP 00 03)

**DEFINITIONS**

**Catastrophic Ground Cover Collapse** means geological activity that results in all of the following:

a.  The abrupt collapse of the ground cover;

b.  A depression in the ground cover clearly visible to the naked eye;

c.  Structural damage, other than settling or cracking, of a building or structure insured under this policy, including the foundation; and

d.  The building or structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that building or structure.

**Catastrophic Ground Cover Collapse** does not include structural damage consisting merely of the settling or cracking of a foundation, structure, or building.

**Sinkhole Loss** means structural damage to the building, including the foundation, caused by **sinkhole activity**. Contents coverage shall apply only if there is structural damage to the building caused by **sinkhole activity.**

**Sinkhole Activity,** means settlement or systematic weakening of the earth supporting such property only when such settlement or systematic weakening results from movement or raveling of solid, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

**PERILS INSURED AGAINST**

The following perils are added:

**Sinkhole Loss Coverage**

We insure for direct physical loss to property covered under COVERAGES caused by a **sinkhole loss,** including the costs incurred to:

1.  Stabilize the land and building; and

2.  Repair the foundation;
    in accordance with the recommendations of the professional engineer who verifies the presence of a **sinkhole loss** in compliance with Florida sinkhole testing standards and in consultation with you.

**Catastrophic   Ground   Cover   Collapse Coverage.** We insure for direct physical loss to property covered under COVERAGES caused by a **catastrophic ground cover collapse.**

**DEDUCTIBLE**

The following deductible provision applies to any loss covered by this endorsement and, in that respect replaces any deductible provision in the policy to which this endorsement is attached:

We will pay only that part of the loss which exceeds 10% of the limit of liability of COVERAGE A − Dwelling.

This deductible will apply separately to each **sinkhole loss.**

The policy deductible will apply separately to each **catastrophic ground cover collapse.**

If any other endorsement attached to this policy allows you to make claim for an additional amount above the limit of liability shown on the policy Declarations, the combined total will be used to calculate the deductible amount.

This deductible does not apply to COVERAGE D − Loss of Use and COVERAGE F − Additional Living Expense.

## GENERAL EXCLUSIONS

With respect to coverage provided by this endorsement:

In the DP 00 03, Item 1.b. **Earth Movement** is deleted and replaced by the following:

b. **Earth Movement**, meaning:

   (1) Earthquake including land shock waves or tremors before, during or after a volcanic eruption;

   (2) Landslide;

   (3) Mine subsidence;

   (4) Mudflow;

   (5) Sinkhole, other than **sinkhole** as defined in this endorsement;

   (6) Earth sinking, rising or shifting

   unless direct loss by fire; explosion; or breakage of glass or safety glazing material which is part of a building, storm door or storm window ensues and then we will pay only for the ensuing loss.

   Earth Movement does not include **sinkhole loss** or **catastrophic ground cover collapse** as defined in this endorsement.

In the DP 00 01, Item A.2 **Earth Movement** is deleted and replaced by the following:

2. **Earth Movement**, meaning:

   (1) Earthquake including land shock waves or tremors before, during or after a volcanic eruption;

   (2) Landslide;

   (3) Mine subsidence;

   (4) Mudflow;

   (5) Sinkhole other than **sinkhole loss** as defined in this endorsement;

   (6) Earth sinking, rising or shifting unless direct loss by fire; explosion; ensues and then we will pay only for the ensuing loss.

   Earth Movement does not include **sinkhole loss** or **catastrophic ground cover collapse** as defined in this endorsement.

## CONDITIONS

### 5. Loss Settlement

The following is added to **Loss Settlement.**

If a sinkhole loss is verified, we will pay to stabilize the land and building and repair the foundation in accordance with the recommendations of the professional engineer as provided under s.627.7073, and in consultation with you, subject to the coverage and terms of the policy. We will pay for other repairs to the structure and contents in accordance with the terms of the policy.

We will pay no more than the actual cash value of the **sinkhole loss**, not including underpinning or grouting or any other repair technique performed below the existing foundation of the building until you enter into a contract for the performance of building stabilization or foundation repairs. After you enter into a contract, we will pay the amounts necessary to begin and perform such repairs as as the work is performed and the expenses are incurred. We will not require you to advance payment for such repairs. If repairs have begun and the professional engineer selected or approved by us determines that the repair cannot be completed within the policy limits, we must either complete the engineer's recommended repair or tender the policy limits to you without a reduction for the repair expenses incurred.

8. **Mediation or Appraisal**, with respect to **sinkhole loss** as defined in this endorsement is deleted and replaced by the following:

8. **Neutral Evaluation**

Following receipt by us of a report from a professional engineer or professional geologist on the cause of loss and recommendations for stabilizing the land and building and foundation repairs, or if we deny your claim, either party may file a request with the Florida Department of Financial Services (the Department) for neutral evaluation in accordance with the rules established by the Department. In this event, you and we shall mutually select a neutral evaluator from a list maintained by the Department. If you and we fail to agree to a neutral evaluator within 10 business days, the Department shall appoint a neutral evaluator. The neutral evaluation conference shall be held within 45 days after receipt of the request by the Department. The recommendation of the neutral evaluator will not be binding on you or us. We will pay the costs associated with the neutral evaluation.

11. The following **Suit Against Us** provision applies to any loss covered by this endorsement and, in that respect replaces any **Suit Against Us** provision in the policy to which this endorsement is attached:

11. **Suit Against Us**. No action can be brought against us unless you have:

   a. Given us notice of the loss,

   b. Complied with all other policy provisions, and

   c. Started the action;

within five years from the date of loss; except that the time for filing suit is extended for a period of 60 days following the conclusion of the neutral evaluation process or five years, whichever is later.

*Entries may be left blank if shown elsewhere in this policy for this coverage.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

DP 99FL (06-07)                                    Page 3 of 3

PAGE  37

CIC    00763 44 17    81A

DP-978 (07-00)

## ADJUSTED BUILDING COST ENDORSEMENT
### (Fire Policy)

It is agreed that the limit of coverage for Coverage A – Dwelling shown in the Declarations of this policy, will be revised at each policy renewal to reflect the rate of change in the replacement cost of your dwelling. The resulting limit will be rounded to the next $1000.

SECTION I, Coverages B (Other Structures), and D (Fair Rental Value) will also be adjusted. The rules then in use by us will determine the new limits for these coverages.

These limits will not be reduced without your consent.

You have the right to refuse any resulting change in limits. You must do so in writing before the effective date of such change. If you do reject the new limits, we will delete this endorsement from your policy.

We have the right to change to another replacement cost calculation tool as of any renewal date. We will give you at least 30 days prior written notice if we do this. Such change must apply to all similar policies issued by us.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

Copyright, USAA, 2000. All rights reserved.
Includes copyrighted material of Insurance Services Office, with its permission.

DP 04 70 (07 88)

## PREMISES ALARM OR
## FIRE PROTECTION SYSTEM

For a premium credit, we acknowledge the installation of an alarm system or automatic sprinkler system approved by us on the Described Location. You agree to maintain this system in working order and to notify us promptly of any change made to the system or if it is removed.

Copyright, Insurance Services Office, Inc., 1988

**219** (01-03)

THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.

### WINDSTORM LOSS MITIGATION CREDIT
(Building Code Credit)

For a premium credit, we acknowledge your representation of the installation of fixtures and/or the use of construction techniques designed to reduce the amount of loss in the event of a windstorm at your residence.

You agree to maintain any fixtures in working order at all times. You agree to notify us within 90 days of any and all additions to the dwelling. You also agree to notify us within 90 days of any changes made to the fixtures or construction techniques, or if the fixtures are removed. Failure to comply with any of these conditions will result in the discontinuance or readjustment of the benefits of this endorsement, including any related premium credit, in the event of such a failure.

**OTHER POLICY PROVISIONS**

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

Total Policy Credit      $127.13

Copyright, USAA, 2003.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PAGE  40
CIC      00763 44 17      81A

PERSONAL LIABILITY
DL 25 09 08 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS - FLORIDA

## EXCLUSIONS

**E. Coverage L - Personal Liability and Coverage M - Medical Payments To Others**

Paragraph 8. is replaced by the following:

**8. Controlled Substance**

"Bodily Injury" or "Property Damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as defined under federal law. Controlled Substances include but are not limited to cocaine, LSD, marijuana, and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

## CONDITIONS

**A. Limit Of Liability** is replaced by the following:

**A. Limit Of Liability**

1. Our total liability under Coverage L for all damages resulting from any one "occurrence" will not be more than the limit of liability for Coverage L as shown in the Declarations. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

2. **Sub-Limit Of Liability**

Subject to Paragraph 1. above, our total liability under Coverage L for damages for which an "insured" is legally liable because of statutorily imposed vicarious parental liability not otherwise excluded is $10,000. This Sub-Limit is within, but does not increase the Coverage L Limit of Liability.

3. The Limit of Liability in 1. above and Sub-Limit in 2. above apply regardless of the number of "insureds", claims made or persons injured.

4. Our total liability under Coverage M for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Limit of Liability for Coverage M as shown in the Declarations.

**J. Subrogation**

The following sentence is added to the first paragraph of this condition:

However, we waive any rights of recovery against the corporation or association of property owners of the condominium where the "residence premises" is located.

All other provisions of this policy apply.

 ©ISO Properties, Inc., 2003

PAGE  41
CIC    00763 44 17    81A

DP FL (11-08)

## FLORIDA SPECIAL PROVISIONS

**OTHER COVERAGES**

The following is added:

**12. Ordinance or Law**

a.  The Ordinance or Law limit of liability determined in b. or c. below will apply with respect to the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

(1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

(2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

(3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair, or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

b.  If you are an owner of a Described Location, and that location:

a.  Is insured for Coverage A or Unit-Owners Building Items, you may use up to 10% of the limit of liability that applies to Coverage A or Unit-Owners Building Items at each Described Location; or

b.  Is not insured for Coverage A or Unit-Owners Building Items, you may use up to 10% of the total limit of liability that applies to Coverage B at each Described Location.

c.  If you are a tenant of a Described Location, you may use up to 10% of the limit of liability that applies to Improvements, Alterations and Additions at each Described Location. Also, the words "covered building" used throughout this Other Coverage **12.** Ordinance Or Law refer to property at such a Described Location covered under Other Coverage **3.** Improvements, Alterations and Additions.

d.  You may use all or part of this Ordinance or Law coverage to pay for the increased costs you incur to remove debris resulting from the construction demolition, remodeling, renovation, repair, or replacement of property as stated in a. above.

e.  We do not cover:

(1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

(2) The costs to comply with any Ordinance or Law which requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

This is additional insurance.

**CONDITIONS**

8. **Appraisal** is deleted and replaced by the following:

8. **Mediation or Appraisal.** If you and we fail to agree on the amount of loss, either may:

   1. Demand a mediation of the loss in accordance with the rules established by the Department of Financial Services. The loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount we offer and the loss settlement amount that you request. The settlement in the course of the mediation is binding only if both parties agree, in writing, on a settlement and, you have not rescinded the settlement within 3 business days after the reaching settlement.  You may not rescind the settlement after cashing or depositing the settlement check or draft that we provided to you.

   We will pay the cost of conducting any mediation conference except when you fail to appear at a conference. That conference will then be rescheduled upon your payment of the mediator's fee for that rescheduled conference. However, if we fail to appear at a mediation conference, we will pay your actual cash expenses that you incur in attending the conference and also pay the mediator's fee for the rescheduled conference.

   2. Demand an appraisal of the loss. Either party can demand that the amount of the loss be set by appraisal. If either makes a written demand for appraisal, each shall select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers shall then select a competent impartial umpire. If the two appraisers are unable to agree

upon an umpire within 15 days, you or we can ask a judge of a court of record in the state of your residence to select an umpire. The appraisers shall then set the amount of the loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon shall be the amount of the loss. If the appraisers fail to agree within a reasonable time, they shall submit their differences to the umpire. Written agreement signed by any two of these three shall set the amount of the loss. Each appraiser shall be paid by the party selecting that appraiser. Other expenses of the appraiser and the compensation of the umpire shall be paid equally by you and us.

If however, we demand the mediation and either party rejects the mediation results, you are not required to submit to or participate in, an appraisal of the loss as a precondition to action against us for failure to pay the loss.

11. **Suit Against Us** is deleted and replaced by the following:

11. **Suit Against Us.** No action can be brought unless the policy provisions have been compiled with and the action is started within 5 years after the date of loss.

13. **Loss Payment** is deleted and replaced by the following:

13. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable:

   a. We will pay or deny a claim or a portion of such claim within 90 days after we receive notice of such claim from you unless the failure to pay such claim or a portion of the claim is caused by factors beyond our control which reasonably prevent such payment; or

   b. 20 days after we receive your proof of loss and reach written agreement with you;

c. 60 days after we receive your proof of loss and:

   (1) there is an entry of a final judgment, or

   (2) there is a filing of an appraisal award with us.

17. **Cancellation.** Paragraphs b., c. and d. are deleted and replaced by the following:

b. When this policy has been in effect for 90 days or less, we may cancel immediately if there has been a material misstatement or misrepresentation or failure to comply with underwriting requirements.

c. We may also cancel this policy subject to the following provisions.

   (1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

   However, if the residence premises designated in this policy is secured by a mortgage and the policy is cancelled for nonpayment of premium due to the failure of the lender to make timely payment, the policy will be reinstated retroactive to the date of cancellation if:

     (a) the premium is not more than 90 days overdue; and

     (b) payment is received.

   (2) When this policy has been in effect for 90 days or less, we may cancel for any reason, except we may not cancel:

     (a) On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the **insured** has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

     (b) On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may cancel this policy if:

       (i) The total of such property claim payments for this policy exceeds the current policy limits of coverage for property damage; or

       (ii) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

     (c) On the basis of a single claim on a property insurance policy which is the result of water damage may not be used as the sole cause for cancellation unless we can demonstrate that the **insured** failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

   Except as provided Item 17b. above, we will let you know of our action at least 20 days before the date cancellation takes effect.

   (3) When this policy has been in effect for more than 90 days, we may cancel:

     (a) If there has been a material misstatement;

     (b) If the risk has changed substantially since the policy was issued;

     (c) In the event of failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

**DP FL (11-08)**

Page 3 of 5

(d) If the cancellation is for all **insureds** under policies of this type for a given class of **insureds**.

(e) On the basis of property insurance claims that are the result of an Act of God, if we can demonstrate, by claims frequency or otherwise, that the **insured** has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

(f) On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim, if:

  (1) The total of such property claim payments for this policy exceeds the current policy limits of coverage for property damage; or

  (2) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

(g) On the basis of a single claim on a property insurance policy which is the result of water damage if we can demonstrate that the **insured** failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

We will provide the following notice:

  (1) If the date of cancellation becomes effective on or after December 1 and on or before May 31, we will let you know at least 100 days before the date cancellation takes effect; or

  (2) If the date of cancellation becomes effective on or after June 1 and on or before November 30, we will let you know:

    (a) At least 100 days before the date cancellation takes effect; or

    (b) By June 1; whichever is earlier.

Regardless of the number of days of notice specified in 17. **Cancellation b.**, **c.(2)** and **c.(3)**, we will let you know at least 180 days before cancellation takes effect if your residential structure has been insured with us or our affiliated companies for a period of at least five years immediately preceding the date of written notice. Such 180 day notice does not apply when the cancellation is due to the nonpayment of premium.

d. When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

e. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within 15 days from the date cancellation takes effect.

f. A written cancellation notice, together with the specific reasons for cancellation, will be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

18. **Nonrenewal** is deleted and replaced by the following:

18. **Nonrenewal.**  We may elect not to renew this policy.

We may do so by delivering to you or mailing to you at your mailing address shown in the Declarations, written notice, together with the specific reasons for nonrenewal, before the expiration date of this policy:

(1) If the date of nonrenewal becomes effective on or after December 1 and on or before May 31, we will let you know at least 100 days before the expiration date takes effect; or

(2) If the date of nonrenewal becomes effective on or after June 1 and on or before November 30, we will let you know:

   (a) At least 100 days before the expiration date takes effect; or

   (b) By June 1; whichever is earlier.

Regardless of the number of days of notice specified in **18. Nonrenewal,** we will let you know at least 180 days before the expiration date takes effect if your residential structure has been insured with us or our affiliated companies for a period of at least five years immediately preceding the date of written notice.

Proof of mailing will be sufficient proof of notice.

However, we will not nonrenew this policy:

a. On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the insured has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

b. On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may elect not to renew this policy if:

   1. The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

   2. You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

c. On the basis of a single claim on a property insurance policy which is the result of water damage may not be used as the sole cause for nonrenewal unless we can demonstrate that the **insured** failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

The following condition is added:

26. **Renewal Notification.** If we elect to renew this policy, we will let you know, in writing:

a. Of our decision to renew this policy; and

b. The amount of renewal premium payable to us.

This notice will be delivered to you or mailed to you at your mailing address shown in the Declarations at least 45 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

Copyright, USAA, 2008. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PAGE  46
CIC      00763 44 17      81A

DP FLDA3 (01-07)

**Amendatory Endorsement**
General Exclusions

## GENERAL EXCLUSIONS

Under **General Exclusions**, the first paragraph of item 1. is deleted and replaced by the following.

1. We do not insure for loss caused directly or indirectly by any of the following regardless of:

   (i) the cause of the excluded event or damage; or     •

   (ii) other causes of the loss; or

   (iii) whether the event or damage occurs, suddenly or gradually, involves isolated or widespread damage, or occurs as a result of any combination of these; or

   (iv) whether other causes or events act concurrently or in any sequence with the excluded event to produce the loss.

Item 1. c. **Water Damage** is deleted and replaced by the following.

c. **Water Damage**, meaning damage caused by or consisting of:

   (1) flood, surface water, waves, tidal water, storm surge, tsunami, any overflow of a body of water, or spray from any of these, all whether or not driven by wind;

   (2) any release, overflow, escape or rising of water otherwise held, contained, controlled or diverted by a dam, levee, dike or by any type of water containment, water diversion or flood control device;

   (3) water or water-borne material which backs up through sewers or drains or which overflows from a sump pump, sump well or similar device designed to drain water from the foundation area; or

   (4) water or water-borne material below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure;

   arising from, caused by or resulting from human or animal forces, any act of nature, or any other source.

   Direct loss by fire or explosion resulting from water damage is covered.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

Copyright, USAA, 2007. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

DP 03 52 (01-05)

# HURRICANE DEDUCTIBLE ENDORSEMENT

The following language is added to the policy:

## CALENDAR YEAR HURRICANE DEDUCTIBLE

The hurricane deductible shown in the Declarations applies for direct physical loss or damage to covered property caused by all **windstorms** as defined below. In the event of a single **hurricane** loss, we will pay only that part of the total of all loss or damages payable under COVERAGES that exceeds the **hurricane** deductible shown in the Declarations. The **hurricane** deductible shown in the Declarations applies on a calendar year basis.

If there are **windstorm** losses in a calendar year on more than one policy issued by the same insurer or an insurer in the same insurer group, the **hurricane** deductible shall be the highest amount stated in any one of the policies.

If you had a **windstorm** loss under the prior policy during the same calendar year and you lower your **hurricane** deductible under a new or renewal policy, the lower **hurricane** deductible will not apply until January 1 of the following calendar year.

If there was a **windstorm** loss for a prior **windstorm** or **windstorms** during the calendar year, we may apply a deductible to the subsequent **windstorm** that is greater of;

   a. The remaining amount of the **hurricane** deductible; or

   b. The amount of the deductible that applies to all other perils.

In the event you should have any **windstorm** loss which is less than your **hurricane** deductible, you must report the loss to us so that such losses may be applied to subsequent **windstorm** claims during the same calendar year.

OTHER COVERAGES to which no deductible applies are not affected by this endorsement.

## DEFINITIONS

The following definitions apply only to this endorsement.

1. A **hurricane** means a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service;

   a. Beginning at the time a hurricane watch or warning is issued for any part of Florida by the National Hurricane Center of the National Weather Service;

   b. Continuing for the time period during which the hurricane conditions exist anywhere in Florida; and

   c. Ending 72 hours following the termination of the last hurricane watch or warning issued for any part of Florida by the National Hurricane Center of the National Weather Service.

2. **Windstorm** means wind, wind gusts, hail, rain, tornadoes, or cyclones caused by or resulting from a **hurricane** which results in direct physical loss or damage to property. The National Hurricane Center of the National Weather Service published data shall be the source used to identify if such **windstorm** is caused by or results from a **hurricane**.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

Copyright, USAA, 2005.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**SPOUSE ACCESS**

The following condition is added:

The named insured and **we** agree that the named insured and resident spouse are "customers" for purposes of state and federal privacy laws.   The resident spouse will have access to the same information available to the named insured and may initiate the same transactions as the named insured.

The named insured may notify **us** that he/she no longer agrees that the resident spouse shall be treated as a "customer" for purposes of state and federal privacy laws, and **we** will not permit the resident spouse to access policy information.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

Copyright, USAA, 2005.  All rights reserved.

ESA (02-05)                                                                    49319-0205

## BUILDING CODE CREDIT NOTICE

Florida law enables USAA to offer premium credits for various fixtures, such as storm shutters and other construction techniques, that reduce losses in a windstorm. A study commissioned by the Florida Department of Community Affairs and conducted by Applied Research Associates, Inc., identified certain fixtures and techniques that were to be most effective in reducing damage to property. They are described on the attached Florida Uniform Mitigation Verification Inspection Form. Some of the fixtures and techniques are included in the Florida Building Code, so if your home or apartment was built in 2002 or later, your policy already includes the applicable premium credits for these fixtures and techniques.

Before we apply premium credits, fixtures or construction techniques must be certified by a qualified inspector. Requirements are listed on the Inspection Form.

If you wish to have your home inspected, you may contact us at 1-800-531-USAA (8722) to schedule an appointment with Don Meyler Inspections (DMI). DMI is a Florida based company that specializes in windstorm mitigation inspections. DMI's inspectors have the necessary qualifications and know what USAA requires to certify the fixtures and construction techniques. Please understand that you are required to pay for this inspection.

If you would like additional information concerning construction features and techniques to reduce damage to your home and belongings in the event of a hurricane, visit the Institute for Business & Home Safety (IBHS) web site at www.ibhs.org.

CIC    00763 44 17    81A

**FLORIDA CALENDAR YEAR HURRICANE DEDUCTIBLE NOTICE**

Florida law requires that the hurricane deductible for this policy be applied on an annual basis to all hurricane losses that occur during the calendar year.

**What this means to you**

Beginning May 1, 2005, we will apply a calendar year hurricane deductible to all Florida homeowners and fire policies. If your property is damaged by more than one hurricane during this calendar year, we may apply a deductible to the subsequent hurricane that is the greater of:

- The remaining amount of the hurricane deductible; or

- The amount of the deductible that applies to all other perils.

**Handling hurricane damage this year**

- **Report all windstorm-related damage.** We can help you keep track of the damage, which will make handling any future claims easier. Reporting this damage will not raise your insurance rates.

- **Document repairs and keep all receipts.** This will help determine when you've reach your deductible. Remember to photograph the damage before repairs begin.

For additional information, please refer to the Calendar Year Hurricane Deductible Endorsement.

**FL-HD (01-05)**                                                                    49426-0105

CIC   00763 44 17   81A

## CHECKLIST OF COVERAGE
### Policy Type: Dwelling Fire (excluding contents)

The following checklist is for informational purposes only. Florida law prohibits this checklist from changing any of the provisions of the insurance contract which is the subject of this checklist. Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

Reviewing this checklist together with your policy can help you gain a better understanding of your policy's actual coverages and limitations, and may even generate questions. By addressing any questions now, you will be more prepared later in the event of a claim. Experience has shown that many questions tend to arise regarding the coverage of attached or detached screened pool enclosures, screened porches, and other types of enclosures. Likewise, if your policy insures a condominium unit, questions may arise regarding the coverage of certain items, such as individual heating and air conditioning units; individual water heaters; floor, wall, and ceiling coverings; built-in cabinets and counter tops; appliances; window treatments and hardware; and electrical fixtures. A clear understanding of your policy's coverages and limitations will reduce confusion that may arise during claims settlement.

Please refer to the policy for details and any exceptions to the coverages listed in this checklist. All coverages are subject to the provisions and conditions of the policy and any endorsements. If you have questions regarding your policy, please contact your agent or company. Consumer assistance is available from the Department of Financial Services, Division of Consumer Services' Helpline at (800) 342-2762 or www.fldfs.com.

This form was adopted by the Florida Financial Services Commission.

| Dwelling Structure Coverage | |
|---|---|
| Limit of Insurance:   $209,000 | Loss Settlement Basis:  Replacement Cost |

| Other Structures Coverage<br>You may have purchased additional coverage limits that are not shown here. | |
|---|---|
| Limit of Insurance:   $20,900 | Loss Settlement Basis:  See Note Below |

| Deductibles | |
|---|---|
| Annual Hurricane:    $4,180 | All Perils (Other Than Hurricane):   $500 |

Note: Loss to buildings are settled at Replacement Cost, and loss to other structures that are not buildings are settled at Actual Cash Value.

The Limit of Insurance, Deductibles, and Loss Settlement Basis on page 1 apply to the following perils insured against:

(Items below marked **Y** **(YES)** indicate coverage IS included, those marked **N** **(NO)** indicate coverage is NOT included)

| | |
|---|---|
| Y | Hurricane |
| Y | Windstorm or Hail (other than hurricane) |
| Y | Fire or Lightning |
| Y | Explosion |
| Y | Riot or Civil Commotion |
| Y | Aircraft |
| Y | Vehicles |
| Y | Smoke |
| Y | Vandalism or Malicious Mischief |
| Y | Theft (dwelling only) |
| Y | Falling Objects |
| Y | Weight of Ice, Snow or Sleet |
| Y | Accidental Discharge or Overflow of Water or Steam |
| Y | Sudden and Accidental Tearing Apart, Cracking, Burning, or Bulging |
| Y | Freezing |
| Y | Sudden and Accidental Damage from Artificially Generated Electrical Current |
| Y | Volcanic Eruption |
| Y | Sinkhole Loss |
| Y | Any Other Peril Not Specifically Excluded (dwelling and other structures only) |
| N | Flood (including loss caused by hurricane) |

**Special limits and loss settlement exceptions may apply to certain items. Refer to your policy for details.**

| Loss of Use Coverage | | |
|---|---|---|
| Coverage | Limit of Insurance | Time Limit |
| (Items below marked **Y** **(YES)** indicate coverage IS included, those marked **N** **(NO)** indicate coverage is NOT included) | | |
| Y  Additional Living Expense | $20,900 | Shortest time required to repair or replace |
| Y  Fair Rental Value | $20,900 | Shortest time required to repair or replace |
| Y  Civil Authority Prohibits Use | Included in Limit(s) of Insurance Above | Up to 2 Weeks |

OIR-B1-1670
**FL-DPCHK2(03)** Rev. 9-08

| Property - Additional/Other Coverages | | | |
|---|---|---|---|
| (Items below marked **Y (YES)** indicate coverage IS included, those marked **N (NO)** indicate coverage is NOT included) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. | |
| | | Included | Additional |
| Y Debris Removal | Up to Applicable Policy Limits | X | |
| Y Reasonable Repairs | Up to Applicable Policy Limits | X | |
| Y Property Removed | Up to Applicable Policy Limits | X | |
| N Credit Card, Electronic Fund Transfer Card, or Access Device, Forgery and Counterfeit Money | | | |
| Y Loss Assessment | $10,000 | X | |
| Y Collapse | Up to Applicable Policy Limits | X | |
| Y Glass or Safety Glazing Material | Up to Applicable Policy Limits | X | |
| N Landlord's Furnishings | | | |
| N Law and Ordinance | | | |
| Y Grave Markers | Up to Applicable Policy Limits | X | |
| N Mold | | | |

| Discounts | |
|---|---|
| (Items below marked **Y (YES)** indicate discount IS applied, those marked **N (NO)** indicate discount is NOT applied) | Discount Amount |
| N Multiple Policy | |
| Y Fire Alarm / Smoke Alarm / Burglar Alarm | $15.62 |
| N Sprinkler | |
| Y Windstorm Loss Reduction (FBC) | $127.13 |
| Y Building Code Effectiveness Grading Schedule | $48.48 |

OIR-B1-1670
FLDPCHK2(03)  Rev. 9-08

Page 3 of 4

| Personal Liability Coverage | |
|---|---|
| Limit of Insurance:   $300,000 | |
| **Medical Payments to Others Coverage** | |
| Limit of Insurance:   $5,000 | |

| Liability - Additional/Other Coverages | | | | |
|---|---|---|---|---|
| (Items below marked **Y** (YES) indicate coverage IS included, those marked **N** (NO) indicate coverage is NOT included) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. | | |
| | | Included | Additional | |
| Y | Claim Expenses | $300,000 | | X |
| Y | First Aid Expenses | $300,000 | | X |
| Y | Damage to Property of Others | $500 | | X |
| Y | Loss Assessment | $10,000 | X | |

OIR-B1-1670
FLDPCHK2(03)  Rev. 9-08

CIC    00763 44 17      81A

# FRAUD WARNING

Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

CIC    00763 44 17        81A

THIS PAGE INTENTIONALLY LEFT BLANK

## HOW FLORIDA HOUSE BILL 1A (FL HB 1A) AFFECTS YOU

Florida House Bill 1A (FL HB 1A) allows you to do the following:
- Remove certain coverage from your policy.

Explanations can be found below. Before you decide to remove coverage from your policy, we suggest you call us at **1-800-531-USAA (8722)** to discuss it. USAA does not recommend that you remove these coverages.

### Windstorm and Hail Coverage
You can remove coverage for windstorm, hail, hurricane and tropical storm from your USAA policy. USAA has elected to treat windstorm and hail as a combined peril. If you elect to exclude windstorm coverage, you will also be electing to exclude hail coverage.

If you elect to remove this coverage, Florida requires we send you a request form to submit a handwritten statement that reads:

> "I do not want the insurance on my (home/condominium unit) to pay for damage from windstorms or hurricanes. I will pay those costs. My insurance will not."

The request form must be signed and dated by all named insureds listed on the policy. If you want us to send you a request form, call **1-800-531-USAA (8722)**. If your property is financed, you must also include a letter from your mortgage company giving its permission to remove the coverage from your policy. Once the letters are received, we'll process the change as requested. This coverage can only be added or removed within 30 days after policy issuance or when your policy renews.

### Contents Coverage
You can remove coverage for your contents from your policy. This option is not available for condominium units.

If you elect to remove this coverage, Florida requires we send you a request form to submit a handwritten statement that reads:

> "I do not want the insurance on my home to pay for the costs to repair or replace any contents that are damaged. I will pay those costs. My insurance will not."

The request form must be signed and dated by all named insureds listed on the policy. Once this letter is received, we'll process the change as requested. This coverage can only be added or removed within 30 days after policy issuance or when your policy renews. If you want us to send you a request form, call **1-800-531-USAA (8722)**.

### Sinkhole Coverage
You can reject Sinkhole Loss Coverage and carry only Catastrophic Ground Cover Collapse (CGCC) Coverage. Read "Sinkhole Coverage" (form FLSNKREJ) for descriptions of both coverage options. If you elect to reject Sinkhole Loss Coverage, your request must be in writing for changes to apply.

## SINKHOLE COVERAGE

Your policy provides Sinkhole Loss Coverage. **For a reduction in coverage and premium, you can reject Sinkhole Loss Coverage and carry only Catastrophic Ground Cover Collapse (CGCC) Coverage.** Below you will find a description of both coverage options to help you make an informed decision. To select CGCC Coverage only, complete the information below and return this form to us. **Important: Your request must be in writing for changes to apply.**

**Coverage Options**

| Coverage | Covers | Deductible |
|----------|--------|------------|
| Sinkhole Loss | Gradual settlement or weakening of the earth supporting your property. Coverage includes structural damage to the building or foundation, as well as damage to contents in the building caused by gradual settlement. | A 10% deductible applies to this coverage. |
| Catastrophic Ground Cover Collapse | Covers only geological activity that causes abrupt collapse of ground cover, a visible depression in ground cover, structural damage (other than settling or cracking), and the building or structure being condemned and ordered to be vacated by an authorized governmental agency. | The All Other Perils deductible on the policy. |

If you have any questions, please call a USAA member service representative at **1-800-531-USAA (8722).**

**REJECTION NOTICE**
This rejection will apply for the duration of this policy and to all policy renewals that follow. This includes any reinstated or reissued policy for the property below that USAA or an affiliated company covers without interruption.

☐  I want Catastrophic Ground Cover Collapse Coverage only.*

*Choosing this coverage constitutes rejection of Sinkhole Loss Coverage.

USAA#:        00763 44 17

Property Address:    4201 ASHTON MEADOWS WAY

                     WESLEY CHAPEL, PASCO, FL  33543-4993

Signature _____     Date _____

Mail the completed notice to:    USAA
                                 9800 Fredericksburg Road
                                 San Antonio, TX 78288-0001
Or, fax it to:                   (800) 531-8877

**If this form is sent by fax, the sender authorizes the document received by USAA as a duplicate original and the signature produced by the receiving fax machine as the sender's original signature.**

FLSNKREJ(01) Rev. 06-07

67435-0607
Page 1 of 2

CIC      00763 44 17      81A

THIS PAGE INTENTIONALLY LEFT BLANK

# Notice of Premium Discounts for Hurricane Loss Mitigation

## *** Important Information ***
## About Your Personal Residential Insurance Policy

APRIL 24, 2012

Dear Homeowner,

Hurricanes have caused tens of billions of dollars in insured damages and predictions of more catastrophic hurricanes making landfall in Florida have triggered increases in insurance premiums to cover potential future losses. Enclosed is information regarding wind loss mitigation that will make your home more resistant to wind and help protect your family during a catastrophic event. In addition to reducing your hurricane wind premium by installing mitigation features, you may also reduce the likelihood of out of pocket expenses, such as your hurricane deductible, you may otherwise incur after a catastrophic event.

### What factors are considered in establishing my premium?

Your location: The closer a home is to the coast, the more vulnerable it is to damage caused by hurricane winds. This makes the hurricane-wind premium higher than for similar homes in other areas of the state.

Your policy: Your insurance policy is divided into two premiums: one for damage caused by hurricane force winds (hurricane-wind) and one for all other damage (all perils), such as fire.

Your deductible: Under the law, you are allowed to choose a $500, 2%, 5% or 10% deductible, depending on the actual value of your home. The larger your deductible, the lower your hurricane-wind premium. However, if you select a higher deductible your out-of-pocket expenses in the event of a hurricane claim will be higher.

Improvements to your home: The state requires insurance companies to offer discounts for protecting your home against damage caused by hurricane winds. Securing your roof so it doesn't blow off and protecting your windows from flying debris are the two most cost effective measures you can take to safeguard your home and reduce your hurricane-wind premium. These discounts apply only to the hurricane-wind portion of your policy.

The costs of the improvement projects vary. Homeowners should contact a licensed contractor for an estimate. You can find a Certified Contractor in your area by visiting the Florida Department of Business and Professional Regulation online at www.myfloridalicense.com.

Your maximum discount: Discounts are not calculated cumulatively. The total discount is not the sum of the individual discounts. Instead, when one discount is applied, other discounts are reduced until you reach your maximum discount of 91%.

**OIR-B1-1655** (Rev. 02/10) Adopted by Rule 690-170.0155



CIC    00763 44 17     81A

**How can I take advantage of the discounts?**

Homeowners will need a qualified inspector such as a general, building, or residential contractor licensed under Section 489.111, Florida Statutes, or a professional engineer licensed under Section 471.015, Florida Statutes, who has passed the appropriate equivalency test of the Building Code training program as required by Section 553.841, Florida Statutes, or a professional architect licensed under Section 481.213, Florida Statutes, or a building code inspector certified under Section 468.607, to inspect the home to identify potential mitigation measures and verify improvements. For a listing of individuals and/or inspection companies meeting these qualifications contact your insurance agent or insurance company.

**The following is an example of how much you can reduce your insurance premium if you have mitigating features on your home. The example is based on your hurricane-wind premium* of      $59.82 which is part of your total annual premium of $1,026.20   . Remember, the discounts shown only apply to the hurricane-wind portion of the premium and the discounts for the construction techniques and features listed below are not cumulative.**

**\*Wind mitigation credits apply to that portion of your premium that covers the peril of wind, whether or not a hurricane exists.**

### Homes built prior to the 2001 building code

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is **Reduced by:** |
|---|---|---|
| Roof Covering (i.e., shingles or tiles)<br>• Meets the Florida Building Code.<br><br>• Reinforced Concrete Roof Deck. (If this feature is installed on your home you most likely will not qualify for any other discount.) | | |
| How Your Roof is Attached<br>• Using a 2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood.<br><br>• Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood.<br><br>• Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 6" in the field of the plywood. | | |

**OIR-B1-1655** (Rev. 02/10) Adopted by Rule 69O-170.0155                    Page 2 of 4

CIC     00763 44 17      81A

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is **Reduced** by: |
|---|---|---|
| Roof-to-Wall Connection<br>• Using "Toe Nails" – defined as three nails driven at an angle through the rafter and into the top roof.<br>• Using Clips – defined as pieces of metal that are nailed into the side of the rafter/truss and into the side of the top plate or wall stud.<br>• Using Single Wraps – a single strap that is attached to the side and/or bottom of the top plate and are nailed to the rafter/truss.<br>• Using Double Wraps – straps are attached to the side and/or bottom of the top plate and are nailed to the rafter/truss. | | |
| Roof Shape<br>• Hip Roof – defined as your roof sloping down to meet all your outside walls (like a pyramid).<br>• Other. | | |
| Secondary Water Resistance (SWR)<br>• SWR – defined as a layer of protection between the shingles and the plywood underneath that protects the building if the shingles blow off.<br>• No SWR. | | |
| Shutters<br>• None.<br>• Intermediate Type – shutters that are strong enough to meet half the old Miami-Dade building code standards.<br>• Hurricane Protection Type – shutters that are strong enough to meet the current Miami-Dade building code standards. | | |

* Estimate is based on information currently on file and the actual amount may vary.

PAGE  63

CIC     00763 44 17        81A

### Homes built under the 2001 building code or later

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is **Reduced** by: |
|---|---|---|
| Homes built under the 2001 Florida Building Code or later edition (also including the 1994 South Florida Building Code for homes in Miami–Dade and Broward Counties) are eligible for a minimum 68% discount on the hurricane–wind portion of your premium. You may be eligible for greater discount if other mitigation features are installed on your home. | 35% | $65.43 |
| Shutters<br>• None. | | DISCOUNT BEING APPLIED |
| • Intermediate Type – shutters that are strong enough to meet half the old Miami–Dade building code standards. | 0% | $0.00 |
| • Hurricane Protection Type – shutters that are strong enough to meet the current Miami–Dade building code standards. | 18% | $10.76 |
| Roof Shape<br>• Hip Roof – defined as your roof sloping down to meet all your outside walls (like a pyramid). | 31% | $18.54 |
| • Other. | | DISCOUNT BEING APPLIED |

* Estimate is based on information currently on file and the actual amount may vary.

Alternately and regardless of the year of construction, if you meet the minimum fixture and construction requirements of the 2001 Florida Building Code you have the option to reduce your hurricane–wind deductible from _____ 2% to _____ 2% .

If you have further questions about the construction techniques and features or other construction techniques and features that could result in a discount, please contact your insurance agent or the insurance company at 1–800–531–USAA (8722).

OIR-B1-1655 (Rev. 02/10) Adopted by Rule 690.170.0155                    Page 4 of 4

# Uniform Mitigation Verification Inspection Form

### Maintain a copy of this form and any documentation provided with the insurance policy

| Inspection Date: | | |
|---|---|---|
| **Owner Information** | | |
| Owner Name: | | Contact Person: |
| Address: | | Home Phone: |
| City: | Zip: | Work Phone: |
| County: | | Cell Phone: |
| Insurance Company: | | Policy #: |
| Year of Home: | # of Stories: | Email: |

**NOTE: Any documentation used in validating the compliance or existence of each construction or mitigation attribute must accompany this form. At least one photograph must accompany this form to validate each attribute marked in questions 3 though 7. The insurer may ask additional questions regarding the mitigated feature(s) verified on this form.**

1. **Building Code**: Was the structure built in compliance with the Florida Building Code (FBC 2001 or later) OR for homes located in the HVHZ (Miami-Dade or Broward counties), South Florida Building Code (SFBC-94)?

   ☐ A. Built in compliance with the FBC: Year Built _____. For homes built in 2002/2003 provide a permit application with a date after 3/1/2002: Building Permit Application Date (MM/DD/YYYY) ____ / ____ / _____

   ☐ B. For the HVHZ Only: Built in compliance with the SFBC-94: Year Built _____. For homes built in 1994, 1995, and 1996 provide a permit application with a date after 9/1/1994: Building Permit Application Date (MM/DD/YYYY) ____ / ____ / _____

   ☐ C. Unknown or does not meet the requirements of Answer "A" or "B"

2. **Roof Covering**: Select all roof covering types in use. Provide the permit application date OR FBC/MDC Product Approval number OR Year of Original Installation/Replacement OR indicate that no information was available to verify compliance for each roof covering identified.

| 2.1 Roof Covering Type: | Permit Application Date | FBC or MDC Product Approval # | Year of Original Installation or Replacement | No Information Provided for Compliance |
|---|---|---|---|---|
| ☐ 1. Asphalt Fiberglass Shingle | __/__/__ | _____ | _____ | ☐ |
| ☐ 2. Concrete/Clay Tile | __/__/__ | _____ | _____ | ☐ |
| ☐ 3. Metal | __/__/__ | _____ | _____ | ☐ |
| ☐ 4. Built Up | __/__/__ | _____ | _____ | ☐ |
| ☐ 5. Membrane | __/__/__ | _____ | _____ | ☐ |
| ☐ 6. Other _____ | __/__/__ | _____ | _____ | ☐ |

**Inspectors Initials_____ Property Address _____**

**\*This verification form is valid up to five (5) years provided no material changes have been made to the structure.**

OIR-B1-1802 (Rev. 01/12) Adopted by Rule 69O-170.0155

68944-0212
Page 1 of 6

☐ A. All roof coverings listed above meet the FBC with a FBC or Miami–Dade Product Approval listing current at time of installation OR have a roofing permit application date on or after 3/1/02 OR the roof is original and built in 2004 or later.

☐ B. All roof coverings have a Miami–Dade Product Approval listing current at time of installation OR (for the HVHZ only) a roofing permit application after 9/1/1994 and before 3/1/2002 OR the roof is original and built in 1997 or later.

☐ C. One or more roof coverings do not meet the requirements of Answer "A" or "B".

☐ D. No roof coverings meet the requirements of Answer "A" or "B".

3. **Roof Deck Attachment:** What is the **weakest** form of roof deck attachment?

☐ A. Plywood/Oriented strand board (OSB) roof sheathing attached to the roof truss/rafter (spaced a maximum of 24" inches o.c.) by staples or 6d nails spaced at 6" along the edge and 12" in the field. −OR− Batten decking supporting wood shakes or wood shingles. −OR− Any system of screws, nails, adhesives, other deck fastening system or truss/rafter spacing that has an equivalent mean uplift less than that required for Options B or C below.

☐ B. Plywood/OSB roof sheathing with a minimum thickness of 7/16" inch attached to the roof truss/rafter (spaced a maximum of 24" inches o.c.) by 8d common nails spaced a maximum of 12" inches in the field. −OR− Any system of screws, nails, adhesives, other deck fastening system or truss/rafter spacing that is shown to have an equivalent or greater resistance than 8d nails spaced a maximum of 12 inches in the field or has a mean uplift resistance of at least 103 psf.

☐ C. Plywood/OSB roof sheathing with a minimum thickness of 7/16" inch attached to the roof truss/rafter (spaced a maximum of 24" inches o.c.) by 8d common nails spaced a maximum of 6" inches in the field. −OR− Dimensional lumber/Tongue & Groove decking with a minimum of 2 nails per board (or 1 nail per board if each board is equal or less than 6 inches in width). −OR− Any system of screws, nails, adhesives, other deck fastening system or truss/rafter spacing that is shown to have an equivalent or greater than 8d common nails spaced a maximum of 6 inches in the field or has a mean uplift resistance of at least 182 psf.

☐ D. Reinforced Concrete Roof Deck.

☐ E. Other: _____

☐ F. Unknown or unidentified.

☐ G. No attic access.

4. **Roof to Wall Attachment:** What is the **WEAKEST** roof to wall connection? (Do not include attachment of hip/valley jacks within 5 feet of the inside or outside owner of the roof in determination of WEAKEST type)

☐ A. Toe Nails

☐ Truss/rafter anchored to top plate of wall using nails driven at an angle through the truss/rafter and attached to the top plate of the wall, or

☐ Metal connectors that do not meet the minimal conditions or requirements of B, C, or D

**Minimal conditions to qualify for categories B, C, or D. All visible metal connectors are:**

☐ Secured to truss/rafter with a minimum of three (3) nails, **and**

☐ Attached to the wall top plate of the wall framing, or embedded in the bond beam, with less than a 1/2" gap from the blocking or truss/rafter and blocked no more than 1.5" of the truss/rafter, and free of visible severe corrosion.

Inspectors Initials _____   **Property Address** _____

**\*This verification form is valid up to five (5) years provided no material changes have been made to the structure or inaccuracies found on the form.**

OIR-B1-1802 (Rev. 01/12) Adopted by Rule 69O-170.0155                    Page 2 of 6

☐ B. Clips

    ☐ Metal connectors that do not wrap over the top of the truss/rafter, or

    ☐ Metal connectors with a minimum of 1 strap that wraps over the top of the truss/rafter and does not meet the nail position requirements of C or D, but is secured with a minimum of 3 nails.

☐ C. Single Wraps

    Metal connectors consisting of a single strap that wraps over the top of the truss/rafter and is secured with a minimum of 2 nails on the front side and a minimum of 1 nail on the opposing side.

☐ D. Double Wraps

    ☐ Metal Connectors consisting of 2 separate straps that are attached to the wall frame, or embedded in the bond beam, on either side of the truss/rafter where each strap wraps over the top of the truss/rafter and is secured with a minimum of 2 nails on the front side, and a minimum of 1 nail on the opposing side, or

    ☐ Metal connectors consisting of a single strap that wraps over the top of the truss/rafter, is secured to the wall on both sides, and is secured to the top plate with a minimum of three nails on each side.

☐ E. Structural    Anchor bolts structurally connected or reinforced concrete roof.

☐ F. Other: _____

☐ G. Unknown or Unidentified

☐ H. No attic access

5. **Roof Geometry:** What is the roof shape? (Do not consider roofs or porches or carports that are attached only to the fascia or wall of the host structure over unenclosed space in the determination of roof perimeter or roof area for roof geometry classification).

    ☐ A. Hip Roof    Hip Roof with no other roof shapes greater than 10% of the total roof system perimeter.
        Total length of non-hip features: _____ feet; Total roof system perimeter: _____ feet

    ☐ B. Flat Roof    Roof on a building with 5 or more units where at least 90% of the main roof area has a roof slope of less than 2:12. Roof area with slope less than 2:12 _____ sq ft; Total roof area _____ sq ft

    ☐ C. Other Roof    Any roof that does not qualify as either (A) or (B) above.

6. **Secondary Water Resistance (SWR):** (standard underlayments or hot-mopped felts do not qualify as an SWR)

    ☐ A. SWR (also called Sealed Roof Deck) Self-adhering polymer modified-bitumen roofing underlayment applied directly to the sheathing or foam adhesive SWR barrier (not foamed-on insulation) applied as a supplemental means to protect the dwelling from water intrusion in the event of roof covering loss.

    ☐ B. No SWR.

    ☐ C. Unknown or undetermined.

Inspectors Initials _____   Property Address _____

*This verification form is valid for up to five (5) years provided no material changes have been made to the structure or inaccuracies found on the form.
OIR-B1-1802 (Rev. 01/12) Adopted by Rule 69O-170.0155        Page 3 of 6

7. **Opening Protection:** What is the **weakest** form of wind borne debris protection installed on the structure? **First,** use the table to determine the weakest form of protection for each category of opening. **Second,** (a) check one answer below (A, B, C, N, or X) based upon the lowest protection level for ALL Glazed openings and (b) check the protection level for all Non-Glazed openings (.1, .2, or .3) as applicable.

| Opening Protection Level Chart | Glazed Openings | | | | Non-Glazed Openings | |
|---|---|---|---|---|---|---|
| Place an "X" in each row to identify all forms of protection in use for each opening type. Check only one answer below (A thru X), based on the weakest form of protection (lowest row) for any of the Glazed openings and indicate the weakest form of protection (lowest row) for Non-Glazed openings. | Windows or Entry Doors | Garage Doors | Skylights | Glass Block | Entry Doors | Garage Doors |
| **N/A** Not Applicable- there are no openings of this type on the structure | | | | | | |
| **A** Verified cyclic pressure & large missile (9-lb for windows doors/4.5 lb for skylights) | | | | | | |
| **B** Verified cyclic pressure & large missile (4-8 lb for windows doors/2 lb for skylights) | | | | | | |
| **C** Verified plywood/OSB meeting Table 1609.1.2 of the FBC 2007 | | | | | | |
| **D** Verified Non-Glazed Entry or Garage doors indicating compliance with ASTM E 330, ANSI/DASMA 108, or PA/TAS 202 for wind pressure resistance | | | | | | |
| **N** Opening Protection products that appear to be A or B but are not verified | | | | | | |
| Other protective coverings that cannot be identified as A, B, or C | | | | | | |
| **X** No Windborne Debris Protection | | | | | | |

☐ **A. Exterior Openings Cyclic Pressure and 9-lb Large Missile (4.5 lb for skylights only)** All Glazed openings are protected at a minimum, with impact resistant coverings or products listed as wind borne debris protection devices in the product approval system of the State of Florida or Miami-Dade County and meet the requirements of one of the following for "Cyclic Pressure and Large Missile Impact" (Level A in the table above).

- Miami-Dade County PA 201, 202 **and** 203
- Florida Building Code Testing Application Standard (TAS) 201, 202 **and** 203
- American Society for Testing and Materials (ASTM) E 1886 **and** ASTM E 1996
- Southern Standards Technical Document (SSTD) 12
- For Skylights Only: ASTM E 1886 **and** ASTM E 1996
- For Garage Doors Only: ANSI/DASMA 115

☐ A.1 All Non-Glazed openings classified as A in the table above, or no Non-Glazed openings exist

☐ A.2 One or More Non-Glazed openings classified as Level D in the table above, and no Non-Glazed openings classified as Level B, C, N, or X in the table above

☐ A.3 One or More Non-Glazed Openings is classified as Level B, C, N, or X in the table above

Inspectors Initials _____     Property Address _____

*This verification form is valid up to five (5) years provided no material changes have been made to the structure or inaccuracies found on the form.

OIR-B1-1802 (Rev. 01/12) Adopted by Rule 69O-170.0155                          Page 4 of 6

☐ **B. Exterior Opening Protection- Cyclic Pressure and 4 to 8-lb Large Missile (2-4.5 lb for skylights only)** All Glazed openings are protected, at a minimum, with impact resistant coverings or products listed as windborne debris protection devices in the product approval system of the State of Florida or Miami-Dade County and meet the requirements of one of the following for "Cyclic Pressure and Large Missile Impact" (Level B in the table above):

- ASTM E 1886 **and** ASTM E 1996 (Large Missile – 4.5 lb.)
- SSTD 12 (Large Missile – 4 lb. to 8 lb.)
- For Skylights Only: ASTM E 1886 **and** ASTM E 1996 (Large Missile – 2 to 4.5 lb.)

☐ B.1 All Non-Glazed openings classified as A or B in the table above, or no Non-Glazed openings exist

☐ B.2 One or More Non-Glazed openings classified as Level D in the table above, and no Non-Glazed openings classified as Level C, N, or X in the table above

☐ B.3 One or More Non-Glazed openings is classified as Level C, N, or X in the table above

☐ **C. Exterior Opening Protection- Wood Structural Panels meeting FBC 2007** All Glazed openings are covered with plywood/OSB meeting the requirements of Table 1609.1.2 of the FBC 2007 (Level C in the table above).

☐ C.1 All Non-Glazed openings classified as A, B, or C in the table above, or no Non-Glazed openings exist

☐ C.2 One or More Non-Glazed openings classified as Level D in the table above, and no Non-Glazed openings classified as Level N or X in the table above

☐ C.3 One or More Non-Glazed openings is classified as Level N or X in the table above

☐ **N. Exterior Opening Protection (unverified shutter systems with no documentation)** All Glazed openings are protected with protective coverings not meeting the requirements of Answer "A", "B", or C" or systems that appear to meet Answer "A" or "B" with no documentation of compliance (Level N in the table above).

☐ N.1 All Non-Glazed openings classified as Level A, B, C, or N in the table above, or no Non-Glazed openings exist

☐ N.2 One or More Non-Glazed openings classified as Level D in the table above, and no Non-Glazed openings classified as Level X in the table above

☐ N.3 One or More Non-Glazed openings is classified as Level X in the table above

☐ **X. None or Some Glazed Openings** One or more Glazed openings classified and Level X in the table above.

| *MITIGATION INSPECTIONS MUST BE CERTIFIED BY A QUALIFIED INSPECTOR* | | |
|---|---|---|
| *Section 627.711(2), Florida Statutes, provides a listing of individuals who may sign this form.* | | |
| Qualified Inspector Name: | License Type: | License or Certificate #: |
| Inspection Company: | Phone: | |

Inspectors Initials _____   Property Address _____

**\*This verification form is valid up to five (5) years provided no material changes have been made to the structure or inaccuracies found on the form.**

OIR-B1-1802 (Rev. 01/12) Adopted by Rule 69O-170.0155                    Page 5 of 6

## Qualified Inspector - I hold an active license as a: (check one)

☐ Home inspector licensed under Section 468.8314, Florida Statutes who has completed the statutory number of hours of hurricane mitigation training approved by the Construction Industry Licensing Board and completion of a proficiency exam.
☐ Building code inspector certified under Section 468.607, Florida Statutes.
☐ General, building or residential contractor licensed under Section 489.111, Florida Statutes.
☐ Professional engineer licensed under Section 471.015, Florida Statutes.
☐ Professional architect licensed under Section 481.213, Florida Statutes.
☐ Any other individual or entity recognized by the insurer as possessing the necessary qualifications to properly complete a uniform mitigation verification form pursuant to Section 627.711(2), Florida Statutes.

---

**Individuals other than licensed contractors licensed under Section 489.111, Florida Statutes, or professional engineer licensed under Section 471.015, Florida Statues, must inspect the structures personally and not through employees or other persons. Licensees under s.471.015 or s.489.111 may authorize a direct employee who possesses the requisite skill, knowledge, and experience to conduct a mitigation verification inspection.**

I, _____ am a qualified inspector and I personally performed
         (print name)
the inspection or *(licensed contractors and professional engineers only)* I had my employee

(_____) perform the inspection and I agree to be responsible
      (print name of inspector)
for his/her work.

Qualified Inspector Signature: _____     Date: _____

**An individual or entity who knowingly or through gross negligence provides a false or fraudulent mitigation verification form is subject to investigation by the Florida Division of Insurance Fraud and may be subject to administrative action by the appropriate licensing agency or to criminal prosecution. (Section 627.711(4)-(7), Florida Statutes) The Qualified Inspector who certifies this form shall be directly liable for the misconduct of employees as if the authorized mitigation Inspector personally performed the inspection.**

---

**Homeowner to complete:** I certify that the named Qualified Inspector or his or her employee did perform an inspection of the residence identified on this form and that proof of identification was provided to me or my Authorized Representative.

Signature: _____     Date: _____

**An individual or entity who knowingly provides or utters a false or fraudulent mitigation verification form with the intent to obtain or receive a discount on an insurance premium to which the individual or entity is not entitled commits a misdemeanor of the first degree. (Section 627.711(7), Florida Statutes)**

---

The definitions on this form are for inspection purposes only and cannot be used to certify any product or construction feature as offering protection from hurricanes.

Inspectors Initials _____   Property Address _____

*This verification form is valid up to five (5) years provided no material changes have been made to the structure or inaccuracies found on the form.

OIR-B1-1802 (Rev. 01/12) Adopted by Rule 69O-170.0155                    Page 6 of 6

CIC      00763 44 17      81A

## DWELLING FIRE POLICY - OUTLINE

THE FOLLOWING OUTLINE OF COVERAGE IS FOR INFORMATIONAL PURPOSES ONLY. IT IS THE EXPRESS INTENT OF S. 627.4143, FLORIDA LAW PROHIBITS THIS OUTLINE FROM CHANGING ANY OF THE PROVISIONS OF THE INSURANCE CONTRACT WHICH IS THE SUBJECT OF THIS OUTLINE. ANY ENDORSEMENTS REGARDING CHANGES IN TYPES OF COVERAGE, EXCLUSIONS, LIMITATIONS, REDUCTIONS, DEDUCTIBLES, COINSURANCE, RENEWAL PROVISIONS, CANCELLATION PROVISIONS, SURCHARGES OR CREDITS WILL BE SENT SEPARATELY.

THE INFORMATION IN THIS FORM **BRIEFLY** OUTLINES THE MAJOR COVERAGES, EXCLUSIONS, NON-RENEWAL AND CANCELLATION PROVISIONS. **YOU SHOULD READ YOUR POLICY FOR COMPLETE DETAILS ON THE COVERAGE.** THE COVERAGES AND LIMITS YOU HAVE PURCHASED AND THE PREMIUMS CHARGED ARE LISTED ON THE DECLARATIONS PAGE. IN THE EVENT OF ANY CONFLICT BETWEEN THE POLICY AND THIS OUTLINE, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

**Coverages:**

COVERAGE A     covers your dwelling, including structures attached. Coverage A applies to real property owned by you.

COVERAGE B     covers private, nonbusiness structures at your residence, detached from the dwelling, such as a garage, fence, swimming pool or guest house.

COVERAGE C     covers your personal property such as furniture. You should review the COVERAGES section of your policy for a more detailed explanation as to what's covered and what's not covered.

COVERAGE D     Fair Rental Value provides for payments to you if your rental property becomes temporarily unfit to live in because of a covered loss.

COVERAGE E     Additional Living Expense provides for payments to you if you temporarily cannot continue to live in your residence because of a covered loss to your dwelling.

**Perils Insured Against:**

FORM DP 00 01 – BASIC FORM and FORM DP 00 02 – BROAD FORM. Covers dwelling and other structures for direct physical loss to the property covered caused by specific perils named in the policy.

FORM DP 00 03 – SPECIAL FORM. Covers dwelling and other structures, and loss of use against all risks of physical loss, with certain exceptions.

**Property Exclusions:**

The principal exclusions in your property coverage are briefly referred to here: Loss from earth movement (other than Sinkhole Activity), water damage from flood and other surface or wind-driven waters, power failure, neglect, war and nuclear hazards.

CIC      00763 44 17      81A

**Deductibles:**

If the property is eligible for windstorm, hurricane and hail coverage, Florida policies contain a separate deductible for hurricane losses, which may result in high-out-of-pocket expenses for you. The hurricane deductible applies only once for all hurricane-related losses that occurs for a single policy during a calendar year (January 1 through December 31).

If the property excludes coverage for windstorm, hurricane, and hail, then coverage is available through the Citizens Property Insurance Corporation (Citizens).

**Premium Credits:**

There are various premium credits available which may help to reduce your premium. The following is a brief list of credits for which you may qualify:

• Fire Alarm/Smoke Detector
• Sprinkler
• Florida Building Code Credit
• Florida Building Code Effectiveness Grading Schedule

**Renewal and Cancellation Provisions:**

You may cancel the policy at any time for any reason. Our rights to cancel or nonrenew your policy are limited to those conditions described in your policy. If we tend to cancel or refuse renewal of your policy, we must send you a notice telling the reasons for our action and give you advance notice of the cancellation and nonrenewal date.

15220-F (11-05)                                                    Page 2 of 2

## Your Home Characteristics

Our mission at USAA is to help protect your financial security. One way we do this is by helping you determine if you're adequately covered in the event of a loss. The estimated minimum rebuilding cost of your home is based on your home characteristics, but only you can decide if this is enough coverage. Our estimates are based on average construction costs and labor costs for geographic areas and may not reflect the unique features of your home or the area you live in.

On the back of this page, you'll find your home characteristics. If any of the information is incorrect, the rebuilding cost may be affected, so please revise any inaccuracies by:

*   Logging on to usaa.com, selecting your policy and then Home Characteristics, or
*   Calling us at 1-800-531-USAA (8722).

### Should I adjust the coverage on my flood or wind policy?
If you have a separate flood or wind policy for this property, please call your agent or insurer to confirm that your coverage is adequate. For flood or wind policies serviced by the USAA General Agency, please call 1-800-531-8444 for flood policies or 1-800-531-8883 for wind policies. Wind coverage is available in Alabama, Florida, North Carolina, South Carolina, Texas and Mississippi.

**Your Home Characteristics**

YEAR BUILT: 2007
STORIES: 1.0
*SQUARE FEET: 1500

*Square Feet: Includes built-in garage square feet, but excludes finished basement or attic square feet.

FOUNDATION(S): SLAB
EXTERIOR WALL: CONCRETE BLOCK
ROOF COVERING: ASPHALT/FIBERGLASS SHINGLE
GARAGE TYPE: ATTACHED GARAGE - 2 CAR
ATTACHED STRUCTURES: SCREENED PORCH - APPROX 100 SQ. FT.
CLOSED PORCH - APPROX 100 SQ. FT.

INTERIOR WALL PARTITIONS: DRYWALL
INTERIOR WALL COVERINGS: PAINT
CERAMIC TILE
FLOOR COVERINGS: CERAMIC TILE
CARPET (STANDARD) WALL TO WALL
KITCHEN: 1 STANDARD
BATHROOMS: 2 STANDARD
FIREPLACE: NONE
HEAT & AIR: HEAT PUMP

WIRED FOR CENTRAL ALARM: YES

CIC     00763 44 17     81A

## HURRICANE DEDUCTIBLE OPTIONS

Your policy has a "hurricane" deductible as required by Florida legislation. Windstorm losses caused by or resulting from a hurricane will be subject to the "hurricane" deductible shown on your Declarations page.

Your "hurricane" deductible will apply to losses by windstorm anytime a storm system has been declared to be a hurricane by the National Weather Service and a hurricane watch or warning has been issued anywhere in Florida and ends 72 hours following the termination of the last hurricane watch or warning anywhere in Florida. Non-hurricane wind and hail losses will be subject to the "all other perils" deductible shown on your Declarations page.

If you had a hurricane loss under this policy or under one in our group during the same calendar year and you lower your "hurricane" deductible under a new or renewal policy, the lower "hurricane" deductible will not apply until January 1 of the following calendar year.

All current deductible combinations are shown below. You may increase the deductibles applicable to your policy at any time. Just write or call us to discuss the options that may fit your needs. Remember, if you select a higher deductible than the minimum, you will be given a premium credit.

Unless you have chosen one of the hurricane deductibles below, your hurricane deductible will be $500 for dwelling limits or personal property limits under $100,000 or 2% for dwelling limits or personal property limits $100,000 or over, whichever applies. Please refer to your Declarations page for the hurricane deductible that applies.

### DEDUCTIBLE OPTIONS AND COMBINATIONS
(Fire)

| Dwelling Limit or Condominium Personal Property Limit Under $100,000 | Dwelling Limit or Condominium Personal Property Limit $100,000 and Over |
|---|---|
| Hurricane / All Other Perils | Hurricane / All Other Perils |
| 500 / 100 | 2% / 100 |
| 1000 / 100 | 5% / 100 |
| 2000 / 100 | 10% / 100 |
| 2% / 100 | |
| | 2% / 250 |
| 500 / 250 | 5% / 250 |
| 1000 / 250 | 10% / 250 |
| 2000 / 250 | |
| 2% / 250 | 2% / 500 |
| | 5% / 500 |
| 500 / 500 | 10% / 500 |
| 1000 / 500 | |
| 2000 / 500 | 2% / 1000 |
| 2% / 500 | 5% / 1000 |
| 5% / 500 | 10% / 1000 |
| 10% / 500 | |
| | 2% / 2000 |
| 1000 / 1000 | 5% / 2000 |
| 2000 / 1000 | 10% / 2000 |
| | |
| 2000 / 2000 | |

*When the amount of insurance is lower than $5,000, the maximum deductible allowed is $500.
**When the amount of insurance is between $5,000 through $9,999, the available hurricane deductibles are $500, $1,000, $2,000, and 10%.
***When the amount of insurance is between $10,000 through $24,999, the available hurricane deductibles are $500, $1,000, $2,000, 5% and 10%.

50526-1105

30996(02)  Rev. 11-05

**Call Log   Midland Credit Management a debt collection Co**

| Date | Time | Number | Desc | Call # | picture | | Photo# |
|------|------|--------|------|--------|---------|---|--------|
| 3/4/2014 | 8:17 AM | 8772370512 | | 80 | x | | 6743 |
| 3/9/2014 | 7:18 AM | | | 81 | x | | 6744 |
| 3/9/2014 | 9:44 AM | | | 82 | x | | 6745 |
| 3/9/2014 | 1:18 PM | | | 83 | x | | 6746 |
| 3/9/2014 | 4:01 PM | | | 84 | x | | 6748 |
| 3/15/2014 | 8:26 AM | | | 85 | x | | 6749 |
| 3/15/2014 | 3:18 PM | | | 86 | x | | 6750 |
| 3/16/2014 | 8:45 AM | | | 87 | x | | 6751 |
| 3/16/2014 | 6:58 PM | | | 88 | x | | 6752 |
| 3/18/2014 | 8:26 AM | | | 89 | x | | 6753 |
| 3/19/2014 | 10:43 AM | | | 90 | X | | 6754 |
| 3/19/2002 | 7:27 PM | | | 91 | x | | 6755 |
| 3/20/2014 | 8:14 AM | | | 92 | x | | 6756 |
| 3/20/2014 | 3:16 PM | | | 93 | x | | 6757 |
| 3/20/2014 | 5:30 PM | | | 94 | x | | 6758 |
| 3/21/2014 | 8:14 AM | | | 95 | x | | 6759 |
| 3/21/2014 | 10:33 AM | | | 96 | x | | 6760 |
| 3/21/2014 | 3:41 PM | | | 97 | x | | 6761 |
| 3/30/2014 | 8:09 AM | | | 98 | x | | 6762 |
| restart | new start list | lostList | | | | | |
| 3/31/2014 | 8:17:00 AM | | | 1 | x | | 6764 |
| 3/31/2014 | 2:02 PM | | | 2 | x | | 6765 |
| 3/31/2014 | 8:57 PM | | | 3 | x | | 6766 |
| 4/1/2014 | 8:17 AM | | | 4 | x | | 6767 |
| 4/1/2014 | 10:37 AM | | | 5 | x | | 6768 |
| 4/1/2014 | 2:37 PM | | | 6 | x | 25 | 6769 |
| 4/1/2014 | 6:25 PM | | | 7 | x | 26 | 6770 |
| 4/2/2014 | 11:22 AM | | | 8 | x | 27 | 6771 |
| 4/2/2014 | 4:27 PM | | | 9 | x | 28 | 6773/2 |
| 4/12/2014 | 8:27 AM | | | 10 | x | 29 | 6790 |
| 4/12/2014 | 2:20 PM | | | 11 | x | 30 | 6791 |
| 4/15/2014 | 8:17 AM | | | 12 | x | | 6795 |
| 4/17/2014 | 11:10 AM | | | 13 | x | | 6796 |
| 4/17/2014 | 1:10 PM | | | 14 | x | | 6797 |
| 4/17/2014 | 4:37 PM | | | 15 | x | | 6798 |
| 4/21/2014 | 8:07 AM | | | 16 | x | | 6802 |
| 4/21/2014 | 12:00 PM | | | 17 | x | | 6803 |
| 4/21/2014 | 4:34 PM | | | 18 | x | | 6804 |
| 4/21/2014 | 7:24 PM | | | 19 | x | | 6805 |
| 4/24/2014 | 8:20 AM | | | 20 | X | | 6809 |
| 4/24/2014 | 11:12 AM | | | 21 | x | | 6810 |
| 4/24/2014 | 8:41 PM | | | 22 | x | | 6811 |
| 4/25/2014 | 8:21 AM | | | 23 | x | | 6812 |
| 4/25/2014 | 10:57 AM | | | 24 | x | | 6813 |
| 4/27/2014 | 8:12 AM | | | 25 | x | 45 | 6814 |
| 4/27/2014 | 1:00 PM | | | 26 | X | | 6815 |
| 4/27/2014 | 7:57 PM | | | 27 | x | | 6816 |
| 5/2/2014 | 8:44 AM | | | 28 | x | | 6827 |
| 5/3/2014 | 8:19 AM | | | 29 | x | | 6828 |
| 5/3/2014 | pm | | | 30 | o | | missed |

| 5/4/2014 | 8:14 AM | | 31 x | 6829 |
| 5/4/2014 | 10:46 AM | | 32 x | 6830 |

now calling from new number same Midland Credit Mgmt called from other phone to verifiy caller.

| 4/3/2014 | 8:30 AM | 8774115551 | 1 / | 0 |
| 4/3/2014 | 11:03 AM | 8774115551 | 2 x | 6774 |
| 4/3/2014 missed | | 8774115551 | 3 / | 0 |
| 4/4/2014 | 8:46 AM | 8774115551 | 4 x | 6777 |
| 4/4/2014 | 11:36 AM | 8774115551 | 5 x | 6779 |
| 4/4/2014 | 4:27 PM | | 6 x | 6780 |
| 4/5/2014 | 8:25 AM | | 7 x | 6781 |
| 4/5/2014 | 2:31 PM | | 8 x | 6782 |
| 4/6/2014 | 8:18 AM | | 9 x | 6783 |
| 4/6/2014 | 12:00 PM | | 10 xstarted13 | 6784 |
| 4/6/2014 | 2:08 PM | | 11 x | 6785 |
| 4/6/2014 | 8:38 PM | | 12 x | 6786 |
| 4/7/2014 | 8:25 AM | | 13 x | 6787 |
| 4/7/2014 | 11:03 AM | | 14 x | 6788 |
| 4/7/2014 | 6:33 PM | | 15 x | 6789 |
| 4/14/2014 | 8:24 AM | | 16 x | 6792 |
| 4/14/2014 | 11:07 AM | | 17 x | 6793 |
| 4/14/2014 | 4:20 PM | | 18 x | 6794 |
| 4/19/2014 | 8:20 AM | | 19 x | 6799 |
| 4/19/2014 | 11:46 AM | | 20 x | 6800 |
| 4/19/2014 | 1:23 PM | | 21 x | 6801 |
| 4/23/2014 | 8:15 AM | | 22 o | missed |
| 4/23/2014 | 8:55 AM | | 23 x | 6807 |
| 4/23/2014 | 6:55 PM | | 24 x | 6708 |
| 4/29/2014 | 8:09 AM | | 25 x | 6817 |
| 4/29/2014 | 10:42 AM | | 26 x | 6818 |
| 4/29/2014 | 4:01 PM | | 27 x | 6819 |
| 4/30/2014 | 8:09 AM | | 28 x | 6820 |
| 4/30/2014 | 10:37 AM | | 29 x | 6821 |
| 4/30/2014 pm | | | 30 o | missed |
| 4/30/2014 | 5:41 PM | | 31 x | 6822 |
| 5/1/2014 | 8:26 AM | | 32 x | 6823 |
| 5/1/2014 | 10:39 AM | | 33 x | 6824 |
| 5/1/2014 | 2:00 PM | | 34 x | 6825 |
| 5/1/2014 | 2:59 PM | | 35 x | 6826 |
| 5/11/2014 | 8:57 AM | | 36 x | 6831 |
| 5/12/2014 | 8:43 AM | | 37 x | 6832 |
| 5/12/2014 | 11:40 AM | | 38 x | 6833 |